UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YELLEN, et al., <br><br> Defendants. | Case No. 3:22-cv-20375-TKW-ZCB |

## MOTION TO APPEAR PRO HAC VICE

I hereby move the Court for permission to appear pro hac vice on behalf of the Plaintiffs. I am a member of good standing in the Colorado bar. My Attorney Admission Tutorial confirmation number is FLND16656188836898. I am familiar with the CM/ECF e-filing system. A certificate of good standing is attached. I respectfully request to be admitted to practice in the United States District Court for the Northern District of Florida for this case only.

Dated: November 6, 2022         Respectfully submitted

                                 *s/ Jeffrey S. Hetzel*
                                 CONSOVOY MCCARTHY PLLC
                                 Jeffrey S. Hetzel
                                 1600 Wilson Boulevard, Suite 700
                                 Arlington, VA 22209
                                 Telephone: 703.243.9423