

**SUPREME COURT**

**State of Colorado,**

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Jeffrey Hetzel**

has been duly licensed and admitted to practice as an

**ATTORNEY AND COUNSELOR AT LAW**

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **28**$^{th}$

day of **October** A.D. **2021** and that at the date

hereof the said **Jeffrey Hetzel** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **18**$^{th}$ day of **October** A.D. **2022**

**Cheryl Stevens**

Clerk

By _____

Deputy Clerk