UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YELLEN, et al.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-20375-TKW-ZCB |

**MOTION TO APPEAR PRO HAC VICE**

　　I hereby move the Court for permission to appear pro hac vice on behalf of the Plaintiffs. I am a member of good standing in the Tennessee bar. My Attorney Admission Tutorial confirmation number is FLND16210190654411. I am familiar with the CM/ECF e-filing system. A certificate of good standing is attached. I respectfully request to be admitted to practice in the United States District Court for the Northern District of Florida for this case only.

Dated: November 6, 2022　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　*s/ Cameron T. Norris*
　　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　　Cameron T. Norris
　　　　　　　　　　　　　　　　　　　　1600 Wilson Boulevard, Suite 700
　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　Telephone: 703.243.9423