# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER, et al.,

        Plaintiffs,

    v.

YELLEN, et al.,

        Defendants.

Case No. 3:22-cv-20375-TKW-ZCB

## MOTION TO APPEAR PRO HAC VICE

I hereby move the Court for permission to appear pro hac vice on behalf of the Plaintiffs. I am a member of good standing in the Virginia bar. My Attorney Admission Tutorial confirmation number is FLND16659555226906. I am familiar with the CM/ECF e-filing system. A certificate of good standing is attached. I respectfully request to be admitted to practice in the United States District Court for the Northern District of Florida for this case only.

Dated: November 6, 2022

Respectfully submitted

    *s/ Jeffrey M. Harris*
CONSOVOY MCCARTHY PLLC
Jeffrey M. Harris
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423