# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JEFFREY MATTHEW HARRIS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. HARRIS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 30, 2018, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued October 27, 2022

DaVida M. Davis
Director of Regulatory Compliance