UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                                                                    Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER

This case is before the Court based on the motions for leave to appear *pro hac vice* filed by attorneys Jeffrey Hetzel (Doc. 5), Cameron T. Norris (Doc. 6), and Jeffrey Harris (Doc. 7). The Court finds based on the motions and supporting documentation that Messrs. Hetzel, Norris, and Harris meet the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fees have been paid. Accordingly, it is

**ORDERED** that the motions are **GRANTED**, and attorneys Jeffrey Hetzel, Cameron T. Norris, and Jeffrey Harris are authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 7th day of November, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**