UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER, et al.,

        Plaintiffs,

        v.

YELLEN, et al.,

        Defendants.

Case No. 3:22-cv-20375-TKW-ZCB

## CERTIFICATE OF SERVICE

On December 8, 2022, Plaintiffs' counsel e-mailed an as-filed copy of Plaintiffs' First Amendment Complaint (Doc. 9) to Defendants' counsel, who consented to service by e-mail.

Respectfully submitted,

*s/ Cameron T. Norris*

| | |
|---|---|
| Michael A. Sasso<br>Florida Bar No. 93814<br>masasso@sasso-law.com<br>Christian Bonta<br>Florida Bar No. 1010347<br>cbonta@sasso-law.com<br>SASSO & SASSO, P.A.<br>1031 West Morse Blvd, Suite 120<br>Winter Park, Florida 32789<br>Tel.: (407) 644-7161 | Jeffrey M. Harris*<br>Cameron T. Norris*<br>Jeffrey S. Hetzel*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>Telephone: 703.243.9423<br><br>J. Abraham Sutherland*<br>106 Connally Street<br>Black Mountain, NC 28711<br>Telephone: 805.689.4577<br><br>Dated:   December 8, 2022 |

*Attorneys for Plaintiffs*

\* *Pro hac vice.*