IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANET YELLEN *et al.*,<br><br>*Defendants*. | No. 3:22-cv-20375 |

NOTICE OF APPEARANCE

Defendants hereby provide notice that undersigned counsel, Christine L. Coogle, will appear as counsel of record for all Defendants.

Dated: December 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*

1