UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 3:22-cv-20375 |
| JANET YELLEN *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE ANSWER DEADLINE**

Defendants respectfully move the Court to extend their time to respond to Plaintiffs' amended complaint, until January 9, 2023. On November 8, 2022, the Office of Foreign Assets Control (OFAC) withdrew the August 8, 2022 designation of Tornado Cash and simultaneously redesignated it under North Korea-related E.O. 13722 and under E.O. 13694/13757. *See* Press Release, U.S. Dep't of the Treasury, Treasury Designates DPRK Weapons Representatives (Nov. 8, 2022), https://home.treasury.gov/news/press-releases/jy1087#:~:text=REDESIGNATING%20TORNADO%20CASH&text=Effective%20immediately%2C%20the%20August%208,operate%20on%20the%20Ethereum%20blockchain. In light of the redesignation, on December 8, Plaintiffs filed an amended complaint. ECF No. 9.

Defendants understand that Rule 15(a)(3) provides a 14-day deadline for answering the amendment complaint, which would make Defendants' response due on December 22. Key personnel at the Defendant agencies will be on leave through the holidays. The requested extension is therefore necessary to provide sufficient time for the relevant federal agencies and officials to coordinate their response.

1

Plaintiffs have informed undersigned counsel that they consent to this request.

Dated: December 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

STEPHEN M. ELLIOTT
Senior Counsel
CHRISTOPHER R. HEALY
*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorneys
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*