UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COIN CENTER *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANET YELLEN *et al.*, <br><br> *Defendants*. | No. 3:22-cv-20375 |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Consent Motion to Extend the Answer Deadline, and for good cause shown, hereby GRANTS the motion. The deadline to answer Plaintiffs' amended complaint shall be extended until January 9, 2023.

Dated: _____        _____
                                                                U.S. District Judge

1