UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                     Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' unopposed motion for extension of time (Doc. 12), it is

**ORDERED** that the motion is **GRANTED**, and Defendants shall have until January 9, 2023, to answer or otherwise respond to the amended complaint.

**DONE and ORDERED** this 19th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**