# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COIN CENTER; PATRICK
O'SULLIVAN; JOHN DOE; and
DAVID HOFFMAN,
                      Plaintiffs,

        v.

JANET YELLEN, in her official
capacity as Secretary of the Treasury;
DEPARTMENT OF THE
TREASURY; ANDREA M. GACKI,
in her official capacity as Director of
the Office of Foreign Assets Control;
and OFFICE OF FOREIGN
ASSETS CONTROL,
                    Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The Parties jointly move for entry of an order adopting the schedule proposed below for further proceedings in this case.

Plaintiffs filed this action under the Administrative Procedure Act, 5 U.S.C. §§ 500 *et seq.* Because this is an APA case, the Parties agree that this case is exempt from the initial disclosure requirement under Fed. R. Civ. P. 26(a)(1)(B)(i). The Parties further agree that this case is appropriately resolved by submission of the administrative record followed by cross-motions for summary judgment.

After conferring, the Parties jointly propose the following schedule:

| EVENT | DATE |
| --- | --- |
| Defendants produce the administrative record to Plaintiffs, and file notice of service and certification of the administrative record with the Court | On or before January 13, 2023 |
| Plaintiffs file any objections to the administrative record, after any necessary meet and confer with Defendants | On or before February 10, 2023 |
| Parties file a proposed summary-judgment briefing schedule, or schedule for further proceedings | On or before February 10, 2023 |

The Parties reserve the right to seek modification of the proposed schedule.

A proposed order approved by the Parties is being submitted with this Motion

for the Court's consideration.

Dated: January 4, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

STEPHEN M. ELLIOTT
Senior Counsel
*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
Federal Programs Branch, Civil
Division
United States Department of Justice
1100 L Street, N.W.
Washington, DC 20005
(202) 880-0282 (telephone)
(202) 616-8470 (fax)
Email: christopher.healy@usdoj.gov

*Counsel for Defendants*

*s/Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577.

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

* *Pro hac vice.*

*Counsel for Plaintiffs*