# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER, et al., <br>         Plaintiffs, <br><br> v. <br><br> JANET YELLEN, et al., <br>         Defendants. | Case No. <br> 3:22-cv-20375-TKW-ZCB |

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion for Entry of Scheduling Order, and for good cause shown, hereby **GRANTS** the motion and the schedule proposed therein is hereby adopted. It is **ORDERED** that further proceedings in this case shall follow this schedule:

| EVENT | DATE |
|---|---|
| Defendants produce the administrative record to Plaintiffs, and file notice of service and certification of the administrative record with the Court | On or before January 13, 2023 |
| Plaintiffs file any objections to the administrative record, after meeting and conferring with Defendants | On or before February 10, 2023 |
| Parties file a proposed summary-judgment briefing schedule, or schedule for further proceedings | On or before February 10, 2023 |

Dated: _____

                                                    _____ <br>
Hon. T. Kent Wetherell II <br>
United States District Judge