UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                    Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## INITIAL SCHEDULING ORDER

Upon due consideration of the parties' joint motion for entry of scheduling order (Doc. 14), it is **ORDERED** that the following procedures and schedule are established:

1.    <u>Administrative Record</u>.  On or before January 13, 2023, Defendants shall produce the certified administrative record to Plaintiffs and file a notice of service with the Court.  The record itself shall not be filed with the Court until it becomes necessary for the Court to resolve any objections or consider the merits of the case.

2.    <u>Objections</u>.  The parties shall meet and confer about any objections to the administrative record as soon as practicable after the record is served, and on or before February 10, 2023, Plaintiffs shall file an appropriate motion raising any

unresolved objections.  Defendants shall have 14 days to respond to the objections.  No reply is permitted.

3. <u>Proposed Briefing Schedule</u>.  If no objections to the administrative record are filed, the parties shall file a proposed summary judgment briefing schedule on or before February 10, 2023.  If objections are filed, the parties shall file the proposed briefing schedule within 7 days after the Court rules on the objections.

**DONE and ORDERED** this 5th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**