# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COIN CENTER *et al.*,

          Plaintiffs,

       v.

YELLEN *et al.*,

          Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Christopher Robert Healy, is appearing on behalf of all Defendants in the above-captioned matter.

Dated: January 10, 2022

Respectfully submitted,

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
Federal Programs Branch
Civil Division
United States Department of Justice
1100 L St. NW
Washington, D.C. 20005
(202) 514-8095
Christopher@usdoj.gov

*Counsel for Defendants*