UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANET YELLEN *et al.*,<br><br>*Defendants*. | No. 3:22-cv-20375 |

## NOTICE

Attached hereto is a certified index of the Administrative Record for the above-captioned case. Defendants, through counsel, also transmitted a redacted, unclassified, non-privileged version of the Administrative Record to Plaintiffs' counsel on January 13, 2023.

Dated: January 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY

CHRISTINE L. COOGLE
STEPHEN M. ELLIOTT
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-514-8095
Fax 202-616-8470
E-mail: Christopher.Healy@usdoj.gov
*Counsel for Defendants*