UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANET YELLEN *et al.*, <br><br> *Defendants*. | No. 3:22-cv-20375 |

**JOINT MOTION TO AMEND THE SCHEDULE**

The Court's Initial Scheduling Order required that the Parties meet and confer regarding any objections to the administrative record (AR) after its production on January 13, 2023, and that the Plaintiffs file any motion raising unresolved objections no later than February 10, 2023.  *See* Initial Scheduling Order, ¶ 2, ECF No. 15.  Since the AR's production, the Parties have engaged in a meaningful meet and confer process, which remains ongoing.  To allow further opportunity for the Parties to resolve any issues without the need for Court intervention, the Parties respectfully request that the Court extend the deadline for Plaintiffs to file any appropriate motion raising unresolved objections to the AR until March 6, 2023.  If no objections are filed, however, the Parties request that

they be permitted to file a proposed summary judgment briefing schedule on that date.

Dated: February 8, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
STEPHEN M. ELLIOTT
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-514-8095
Fax 202-616-8470
E-mail: Christopher.Healy@usdoj.gov
*Counsel for Defendants*

*/s/ Cameron T. Norris*
Jeffrey M. Harris (pro hac vice)
Cameron T. Norris (pro hac vice)
Jeffrey S. Hetzel (pro hac vice)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland (pro hac vice)
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

*Counsel for Plaintiffs*