UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                  Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the parties' joint motion to amend the schedule (Doc. 20), it is

**ORDERED** that the motion is **GRANTED**, and the February 10, 2023, deadlines in the Initial Scheduling Order (Doc. 15) are extended to March 6, 2023.

**DONE and ORDERED** this 9th day of February, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**