## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COIN CENTER; PATRICK
O'SULLIVAN; JOHN DOE; and
DAVID HOFFMAN,

                Plaintiffs,


     v.

JANET YELLEN, in her official
capacity as Secretary of the Treasury;
DEPARTMENT OF THE
TREASURY; ANDREA M. GACKI,
in her official capacity as Director of
the Office of Foreign Assets Control;
and OFFICE OF FOREIGN
ASSETS CONTROL,

                Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

## JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Per this Court's scheduling order, the parties have met and conferred and propose the following summary-judgment briefing schedule:

| EVENT | DATE |
|---|---|
| Plaintiffs' Motion for Summary Judgment | May 12, 2023 |
| Defendants' Response and Cross-Motion for Summary Judgment | June 9, 2023 |
| Plaintiffs' Reply and Response to Cross-Motion | June 30, 2023 |
| Defendants' Reply | July 21, 2023 |
| Joint Appendix of Administrative Record Materials and 50 U.S.C. § 1705(c) Classified Appendix | July 30, 2023 |

The parties agree regarding this schedule, but have a disagreement regarding whether Plaintiffs should be permitted to include an expert declaration along with their

motion for summary judgment.  Defendants intend to file a motion for a protective

order addressing this issue, and Plaintiffs intend to oppose it.  In light of this

forthcoming briefing, the parties have not addressed the content of their disagreement

in this joint filing.  However, they both respectfully reserve their ability to seek to

modify the schedule based on the outcome of that motion.

Dated: March 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

STEPHEN M. ELLIOTT
Senior Counsel
/s/ Christopher R. Healy
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
Federal Programs Branch, Civil
Division
United States Department of Justice
1100 L Street, N.W.
Washington, DC 20005
(202) 880-0282 (telephone)
(202) 616-8470 (fax)
Email: christopher.healy@usdoj.gov

Counsel for Defendants

s/Cameron T. Norris
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577.

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

* Pro hac vice

Counsel for Plaintiffs