UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

**[PROPOSED] ORDER PRECLUDING EXTRA-RECORD EXPERT SUBMISSION**

The Court, having considered Defendants' Motion for a Protective Order to Preclude Extra-Record Expert Submission, and for good cause shown, hereby GRANTS the motion. The Plaintiffs shall not include an expert declaration with their summary judgment motion.

SO ORDERED.

Dated: _____

                                                                                   U.S. District Court Judge