UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                                                        Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.

_____/

## ORDER ESTABLISHING BRIEFING SCHEDULE

Upon due consideration of the parties' joint motion for entry of briefing schedule (Doc. 24) it is **ORDERED** that the motion is **GRANTED**, and

1. Plaintiffs' motion for summary judgment shall be filed or before May 12, 2023.

2. Defendants' response and cross-motion for summary judgment shall be filed no later than 28 days after the motion is filed.

3. Plaintiffs' reply and response to the cross-motion shall be filed no later than 21 days after the response/cross-motion is filed.

4. Defendants' reply shall be filed no later than 21 days after Plaintiffs' reply/response is filed.

     5.     The joint appendix shall be filed no later than 7 days after the last brief is filed.

     **DONE and ORDERED** this 7th day of March, 2023.

                                    _____
                                    **T. KENT WETHERELL, II**
                                    **UNITED STATES DISTRICT JUDGE**