UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                   Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on Defendants' motion for protective order (Doc. 25). No response is necessary.

The motion seeks to preclude Plaintiff from submitting an extra-record expert declaration with its motion for summary judgment. The motion does not identify the substance of the declaration—apparently because Plaintiff has yet to disclose the declaration or even the identity of the expert who will be preparing it. Thus, at this point, the motion for protective order is essentially asking the Court to preemptively deny a yet-to-be-filed motion to supplement the administrative record with something that does not yet exist and may never exist. Thus, the motion for protective order is premature, at best.

That said, the Court agrees with the thrust of Defendants' motion that it needs to be determined sooner rather than later whether the administrative record will be supplemented or not—particularly now that a summary judgment briefing schedule has been established. The proper way to resolve the issue framed by the motion for protective order is for Plaintiff to file a motion to supplement the administrative record with a copy of its proposed extra-record evidence and explain why it is proper for the Court to consider that evidence as part of the judicial review of the challenged agency action.

The Initial Scheduling Order contemplated that any issues with the administrative record would be resolved or brought to the Court's attention by yesterday. Ideally, a motion to supplement the administrative record would have been filed by then as well. However, if the motion is filed within the next week and responded to in accordance with Local Rule 7.1(E), the Court should be able to rule on the motion in time to accommodate the summary judgment briefing schedule.

Accordingly, it is **ORDERED** that:

1. Defendants' motion for a protective order (Doc. 25) is **DENIED as premature**.

2. Any motion to supplement the administrative record shall be filed within 7 days from the date of this Order and shall include a copy of the proposed extra-record evidence.

**DONE and ORDERED** this 7th day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**