## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN,<br>    Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL,<br>    Defendants. | Case No.<br>3:22-cv-20375-TKW-ZCB |

## NOTICE OF ERRATA

Defendants respectfully provide notice that, due to a production error, Exhibit 8 to the Administrative Record, at Bates No. CYBER2-2977-00159, was missing relevant information upon which OFAC relied in its designation package. The attached declaration of Ripley Quinby, Deputy Associate Director in the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC), attached hereto, explains the circumstances of the error and provides updated information.

Dated: April 28, 2023                                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

STEPHEN M. ELLIOTT
Senior Counsel
*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, DC 20005
(202) 880-0282 (telephone)
(202) 616-8470 (fax)
Email: christopher.healy@usdoj.gov

*Counsel for Defendants*