# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN,

    Plaintiffs,

v.

JANET YELLEN, in her official capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL,

    Defendants.

Case No. 3:22-cv-20375-TKW-ZCB

## CONSENT MOTION FOR 14-DAY EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiffs' summary judgment motion is currently due May 12, 2023. Doc. 26. Plaintiffs respectfully ask for a 14-day extension of that due date, to May 26, 2023. Defendants consent to this motion.

Plaintiffs have good cause for an extension. Plaintiffs' attorneys have several overlapping obligations with inflexible deadlines, including:

- A Sixth Circuit reply brief due May 11 (extension already granted).

- A Second Circuit reply brief due today (expedited schedule).

- Ongoing discovery, including discovery disputes and motions practice, in the District of the Virgin Islands.

- A summary-judgment motion in the Southern District of Mississippi.

- Replies in support of preliminary-injunction motions in the Eastern District of Arkansas and Western District of Texas.

This motion is being filed in good faith and not for the purpose of undue delay. Plaintiffs have not previously requested an extension of this deadline.

For all these reasons, Plaintiffs respectfully request a 14-day extension of the summary judgment briefing schedule.

Dated: April 28, 2023

Respectfully submitted,

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

*s/Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577.

*pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I e-filed this motion with the Court on April 28, 2023, which emailed everyone requiring notice.

*/s/Cameron T. Norris*
Counsel for Plaintiffs

## CERTIFICATES OF COMPLIANCE

I certify that I complied with the attorney-conference requirement of Local Rule 7.1(B) and that Defendant consents to this motion.

I also certify that this memorandum complies with Local Rule 7.1(F) because it contains 152 words, excluding the parts that may be excluded.

*/s/Cameron T. Norris*
Counsel for Plaintiffs
