UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN,<br><br>        Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL,<br><br>        Defendants. | Case No.<br>3:22-cv-20375-TKW-ZCB |

**[PROPOSED] ORDER GRANTING MOTION FOR 14-DAY EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE**

The Court, having considered Plaintiffs' Consent Motion to Extend the Summary Judgment Briefing Schedule, and for good cause shown, hereby GRANTS the motion. The deadline for Plaintiffs' motion for summary judgment shall be extended to May 26, 2023.

Dated: _____

                                                                              **T. KENT WETHERELL, II**
                                                                              **United States District Judge**