UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                           Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

### ORDER MODIFYING BRIEFING SCHEDULE

Upon due consideration of Plaintiffs' consent motion for extension of time (Doc. 32), it is

**ORDERED** that the motion is **GRANTED**, and the deadline for Plaintiffs to file their motion for summary judgment is extended to May 26, 2023.

**DONE and ORDERED** this 1st day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**