# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER, et al.

          Plaintiffs,

  v.

YELLEN et al.

          Defendant.

Civil Case No. 3:22-cv-20375-TKW-ZCB

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 11.1(C), Jessie K. Liu hereby files her motion for leave to appear pro hac vice for the purpose of representing Andreessen Horowitz as amicus curiae in the above-captioned case.

1. I reside in Arlington, Virginia and regularly practice law in Washington, D.C. I am a member in good standing of the District of Columbia Bar. I am attaching my certificate of good standing dated May 24, 2023. (Exhibit 1.)

2. My Attorney Admission Tutorial confirmation number is FLND1684507745542, certifying completion of the required CM/ECF tutorials.

Respectfully submitted on May 24, 2023.

/s/ Jessie K. Liu
Jessie K. Liu
D.C. Bar No. 472845
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-2340
jessie.liu@skadden.com

Attorney for
Andreessen Horowitz