# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COIN CENTER; PATRICK
O'SULLIVAN; JOHN DOE; and
DAVID HOFFMAN,

                Plaintiffs,

        v.

JANET YELLEN, in her official
capacity as Secretary of the Treasury;
DEPARTMENT OF THE
TREASURY; ANDREA M. GACKI,
in her official capacity as Director of
the Office of Foreign Assets Control;
and OFFICE OF FOREIGN
ASSETS CONTROL,

                Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs respectfully move for summary judgment against Defendants. For the reasons explained in the accompanying memorandum, Defendants' criminalization of all transactions involving the "Tornado Cash" software tool, as it resides at the 29 challenged Ethereum addresses, exceeded their statutory authority and was contrary to law, was arbitrary and capricious, and violated the First Amendment. Plaintiffs respectfully request that the Court enter summary judgment for Plaintiffs and hold unlawful and set aside the criminalization of transactions involving the 29 challenged addresses.

**Oral Argument Statement.** Pursuant to Local Rule 7.1(K), Plaintiffs respectfully request oral argument on this motion. The motion raises important questions about the executive's power over domestic affairs under the International Emergency Economic Power Act, and argument would aid the Court in answering those questions. Plaintiffs estimate that one hour for argument would be appropriate.

Dated: May 26, 2023

Respectfully submitted,

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

*s/Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577.

*pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I e-filed this motion with the Court on May 26, 2023, which emailed everyone requiring notice.

*/s/Cameron T. Norris*
Counsel for Plaintiffs


## CERTIFICATE OF COMPLIANCE

I also certify that this memorandum contains 146 words, excluding the parts that may be excluded.

*/s/Cameron T. Norris*
Counsel for Plaintiffs