# Exhibit D

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER; PATRICK
O'SULLIVAN; JOHN DOE; and
DAVID HOFFMAN,

                Plaintiffs,

        v.

JANET YELLEN, in her official
capacity as Secretary of the Treasury;
DEPARTMENT OF THE
TREASURY; ANDREA M. GACKI,
in her official capacity as Director of
the Office of Foreign Assets Control;
and OFFICE OF FOREIGN ASSETS
CONTROL,

                Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

# DECLARATION OF JERRY BRITO,
# EXECUTIVE DIRECTOR OF COIN CENTER

I, Jerry Brito, in accordance with 28 U.S.C. § 1746, declare as follows:

1.      I am over eighteen years old and competent to sign this declaration. These statements are based on my personal knowledge.

2.      I am the Executive Director of Coin Center and have been since 2014.

3.      Coin Center is the leading nonprofit research and advocacy center focused on the public-policy issues facing cryptocurrency and decentralized computing technologies. We defend the rights of individuals to build and use free and open cryptocurrency networks, including the right to write and publish code, the right to assemble into peer-to-peer networks, and the right to do all this privately. Coin Center produces and publishes research, educates policymakers and the media about cryptocurrencies, advocates for sound public policy, and defends digital civil liberties.

4.      Coin Center is based in Washington, D.C.

5.      Coin Center uses Ethereum. We routinely receive contributions from donors in the form of crypto assets.

6.      Some of Coin Center's donors want to keep their contribution and their other personal financial activities private.

7.      Coin Center's donors therefore used in the past, and would likely use in the future, the "Tornado Cash" tool at issue in this lawsuit to protect their privacy.

8.      In the past, our donors have deposited a crypto asset to a tool address, then withdrawn it to a more private address, then sent the asset to Coin Center. Third

parties can't tell whose assets are being sent to Coin Center's account when they come

this way, so their donations remain private.

9.      We are aware of donations that passed through the tool without the use

of registered relayers, but are not aware of any donations that used registered relayers.

Future donors would not need to use a registered relayer to donate to us privately.  We

do not intend to use registered relayers if we use the tool.

10.      As a result of Defendants' criminalization of the tool, our donors are

impeded from engaging in expressive advocacy privately. Coin Center is likely to lose

contributions from our donors who wish to remain private.

11.      I declare under penalty of perjury that the foregoing is true and correct.


Executed May 25, 2023 in Washington, D.C.

Jerry Brito
Executive Director, Coin Center


3