# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER, et al.

      Plaintiffs,

v().

YELLEN et al.

      Defendant.

Civil Case No. 3:22-cv-20375-TKW-ZCB

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Alessio D. Evangelista hereby files his motion for leave to appear pro hac vice for the purpose of representing Andreessen Horowitz as amicus curiae in the above-captioned case.

1. I reside in Falls Church, Virginia and regularly practice law in Washington, D.C. I am a member in good standing of the District of Columbia Bar. I am attaching my certificate of good standing, dated May 30, 2023. (Exhibit 1.)

2. My Attorney Admission Tutorial confirmation number is FLND1685413374591, certifying completion of the required CM/ECF tutorials.

Respectfully submitted on May 31, 2023.

/s/ Alessio D. Evangelista
Alessio D. Evangelista
D.C. Bar No. 456715
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7170
Facsimile: (202) 661-2340
alessio.evangelista@skadden.com

Attorney for
Andreessen Horowitz