IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | No. 3:22-cv-20375-TKW-ZCB |
| JANET YELLEN, in her Official Capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREW M. GACKI, in her Official Capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## MOTION TO APPEAR PRO HAC VICE

I hereby move the Court for permission to appear pro hac vice on behalf of *amicus curiae* Paradigm Operations LP. I am a member in good standing of the Colorado bar. My Attorney Admission Tutorial confirmation number is FLND1685133954584. I am familiar with the CM/ECF e-filing system. A certificate of good standing with the Colorado bar is attached. I respectfully ask to be admitted to practice in the United States District Court for the Northern District of Florida for this case only.

Dated: May 31, 2023

Respectfully submitted,

*/s/ Katherine C. Yarger*
Katherine C. Yarger
katie@lkcfirm.com
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
(512) 693-8350