## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**COIN CENTER**, et al.,

 **Plaintiffs**,

v.             **Case No. 3:22cv20375-TKW-ZCB**

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

 **Defendants**.

_____/

### ORDER

This case is before the Court based on the motions for leave to appear *pro hac vice* filed by attorneys Alessio D. Evangelista (Doc. 37) and Katherine C. Yarger (Doc. 38).  The Court finds based on the motions and supporting documentation that Mr. Evangelista and Ms. Yarger meet the requirements of Local Rule 11.1 to appear *pro hac vice*.  The Court also notes that the applicable fees have been paid.  Accordingly, it is **ORDERED** that the motion is **GRANTED**, and

1. Attorney Alessio D. Evangelista is authorized to appear *pro hac vice* for potential amicus curiae Andreessen Horowitz.

2. Attorney Katherine C. Yarger is authorized to appear *pro hac vice* for potential amicus curiae Paradigm Operations LP.

3.      Within 7 days from the date of this Order, the parties and potential amici shall confer and propose an amendment to the briefing schedule to establish deadlines for amicus briefs that ensures that the party whose position the amici oppose will have an opportunity to respond to the amici's arguments in the party's last brief.

**DONE and ORDERED** this 1st day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**