UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **Coin Center et al.,**  **Plaintiffs,**  v.  **Janet Yellen, in her official capacity as Secretary of the Treasury, et al.,**  **Defendants.** | Civil Action No. 3:22-cv-20375-TKW-ZCB |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW James Burnham of Jones Day, as counsel for *amici curiae*, the Blockchain Association (the "Association") and DeFi Education Fund ("DEF"), and respectfully requests that the Court allow him to appear *pro hac vice* on behalf of *amici curiae* the Association and DEF. In support hereof, Mr. Burnham states as follows:

1. Mr. Burnham resides in Virginia and is not a resident of the State of Florida.

2. Mr. Burnham is an attorney at Jones Day's Washington office, located at 51 Louisiana Avenue, N.W., Washington, D.C. 20001.

3. *Amici curiae* the Association and DEF have retained Jones Day to represent them in this matter.

4. Mr. Burnham is admitted to the bar in the District of Columbia (Bar #1015196) and is in good standing.

5. Mr. Burnham has completed the Clerk's requirements, including reviewing the Attorney Admission Memo and the Local Rules of the Northern District of Florida, completing the Attorney Admission Tutorial, reviewing the CM/ECF Attorney User's Guide, and completing the Pro Hac Vice Registration request. Mr. Burnham's Attorney Admission Tutorial confirmation number is FLND1685632646611.

WHEREFORE, Mr. Burnham respectfully moves the Court for an Order allowing him to appear on behalf of *amici curiae* the Association and DEF.

Dated: June 1, 2023                                         Respectfully submitted,

/s/ *James M. Burnham*
James M. Burnham
D.C. Bar No. 1015196
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jburnham@jonesday.com

*Counsel for* Amici Curiae
*Blockchain Association and
DeFi Education Fund*

## LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Local Rule 7.1(B), the undersigned certifies he has conferred with counsel for Plaintiffs and Defendants, and Plaintiffs and Defendants do not oppose the entry of an order granting this motion.

/s/ James M. Burnham
James M. Burnham

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on all parties according to the Federal Rules of Civil Procedure.

                                                */s/ James M. Burnham*
                                                James M. Burnham