UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.   Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official Capacity as Secretary of the Treasury, **et al.**,

    **Defendants**.

_____/

# ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney James Burnham (Doc. 40). The Court finds based on the motion and supporting documentation that Mr. Burnham meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney James Burnham is authorized to appear *pro hac vice* for potential amicus curiae Blockchain Association and DeFi Education Fund.

**DONE and ORDERED** this 2nd day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**