# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **Coin Center et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Janet Yellen, in her official capacity as Secretary of the Treasury, et al.,**<br><br>**Defendants.** | Case No. 3:22-cv-20375-TKW-ZCB |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* BLOCKCHAIN ASSOCIATION AND DEFI EDUCATION FUND IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This Court, having considered the Motion for Leave to File Brief for *Amici Curiae* Blockchain Association and DeFi Education Fund in Support of Plaintiffs' Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amici* shall file a brief on entry of this Order.

Dated: _____, 2023

_____
HON. T. KENT WETHERELL II
United States District Judge