# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN,

        Plaintiffs,

v.

JANET YELLEN, in her official capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL,

        Defendants.

Case No. 3:22-cv-20375-TKW-ZCB

## JOINT MOTION FOR AMENDMENT TO SCHEDULING ORDER

Pursuant to this Court's order, the Parties and amici have conferred and propose amendments to the briefing schedule to set deadlines for amicus briefs. *See* Doc. 39.

Plaintiffs, Defendants, and all three amici who have moved to appear in this case, *see* Docs. 37, 38, 40, have agreed on the following proposed briefing schedule:

- Amicus briefs in support of Plaintiffs are due today, June 2.

- Amicus briefs in support of Defendants are due June 30.

- All other briefing deadlines remain unchanged.

These deadlines "ensur[e] that the party whose position the amici oppose will have an opportunity to respond to the amici's arguments in the party's last brief." Doc. 39. Defendants' last brief will be due nine weeks after June 2. *See* Docs. 26, 33. Plaintiffs' last brief will be due two weeks after June 30. *Id.*

The Parties reserve the right to seek modification of the proposed schedule. A proposed order approved by the Parties is being submitted with this Motion.

Dated: June 2, 2023

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>DIANE KELLEHER<br>Assistant Director<br><br>*/s/ Christine L. Coogle*<br>STEPHEN M. ELLIOTT<br>Senior Counsel<br>CHRISTINE L. COOGLE<br>Trial Attorney<br>Federal Programs Branch, Civil Division<br>United States Department of Justice<br>1100 L Street NW<br>Washington, D.C. 20005<br>(202) 880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* | *s/Cameron T. Norris*<br>Jeffrey M. Harris*<br>Cameron T. Norris*<br>Jeffrey S. Hetzel*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>Telephone: 703.243.9423<br><br>J. Abraham Sutherland*<br>106 Connally Street<br>Black Mountain, NC 28711<br>Telephone: 805.689.4577.<br><br>Michael A. Sasso<br>Florida Bar No. 93814<br>masasso@sasso-law.com<br>Christian Bonta<br>Florida Bar No. 1010347<br>cbonta@sasso-law.com<br>SASSO & SASSO, P.A.<br>1031 West Morse Blvd, Suite 120<br>Winter Park, Florida 32789<br>Tel.: (407) 644-7161<br><br>*Counsel for Plaintiffs* |

/s/ *Alessio D. Evangelista*
Alessio D. Evangelista*
D.C. Bar No. 456715
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7170
Facsimile: (202) 661-2340
alessio.evangelista@skadden.com

*Counsel for Amicus Curiae Andreessen Horowitz*

/s/ *Brian C. Lea*
Brian C. Lea
Florida Bar No. 1011371
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Phone: (404) 521-3939
Fax: (404) 581-8330
blea@jonesday.com

*Counsel for Amici Curiae Blockchain Association and DeFi Education Fund*

/s/ *Katherine C. Yarger*
Katherine C. Yarger*
katie@lkcfirm.com
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
(512) 693-8350

*Counsel for Paradigm Operations LP*

* *Pro hac vice.*

3