# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>JANET YELLEN, et al.,<br>　　　　Defendants. | Case No.<br>3:22-cv-20375-TKW-ZCB |

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion for Amendment to Scheduling Order, and for good cause shown, hereby **GRANTS** the motion and the schedule proposed therein is hereby adopted. It is **ORDERED** that amicus briefs in support of Plaintiffs are due June 2, 2023, and amicus briefs in support of Defendants are due June 30, 2023. Plaintiffs' and Defendants' briefing deadlines shall remain unchanged.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　Hon. T. Kent Wetherell II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge