IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN, *Plaintiffs*, v. JANET YELLEN, in her Official Capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREW M. GACKI, in her Official Capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL, *Defendants*. | No. 3:22-cv-20375-TKW-ZCB |

## MOTION TO APPEAR PRO HAC VICE

I hereby move the Court for permission to appear pro hac vice on behalf of *amicus curiae* Paradigm Operations LP. I am a member in good standing of the New York bar. My Attorney Admission Tutorial confirmation number is FLND1684963997568. I am familiar with the CM/ECF e-filing system. A certificate of good standing with the New York bar is attached. I respectfully ask to be admitted to practice in the United States District Court for the Northern District of Florida for this case only.

Dated: June 2, 2023

Respectfully submitted,

*/s/ Rodrigo Seira*
Rodrigo Seira
rodrigo@paradigm.xyz
PARADIGM OPERATIONS LP
548 Market Street
San Francisco, CA 94104