# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| COIN CENTER; PATRICK O'SULLIVAN; JOHN DOE; and DAVID HOFFMAN, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 3:22-cv-20375-TKW-ZCB |
| JANET YELLEN, in her Official Capacity as Secretary of the Treasury; DEPARTMENT OF THE TREASURY; ANDREW M. GACKI, in her Official Capacity as Director of the Office of Foreign Assets Control; and OFFICE OF FOREIGN ASSETS CONTROL, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF PARADIGM OPERATIONS LP IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Court, having considered the unopposed motion for leave for file brief for amicus curiae Paradigm Operations LP,

It is hereby ORDERED that the Motion is GRANTED. Amicus shall file a brief on entry of this Order.

Dated: _____, 2023

_____
Hon. T. Kent Wetherell II
United States District Judge