**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|   |   |
|---|---|
| COIN CENTER et al., *Plaintiffs,* v. JANET YELLEN et al., *Defendants.* | Civil Action No. 3:22-cv-20375-TKW-ZCB |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF ANDREESSEN HOROWITZ AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This Court, having considered the Motion for Leave to File Brief for Amicus Curiae Andreessen Horowitz,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Amicus Curiae Andreessen Horowitz's brief is deemed filed.

Dated: _____, 2023

_____
HON. T. KENT WETHERELL II
United States District Judge