UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.   Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.

_____/

# ORDER ACCEPTING AMICUS BRIEFS

This case is before the Court based on the motions for leave to file amicus briefs filed by Blockchain Association and DeFi Education Fund (Doc. 42), Paradigm Operations LP (Doc. 45), and Andreessen Horowitz (Doc. 46). The motions are unopposed,[1] and upon due consideration of the motions and the case file, it is

**ORDERED** that the motions are **GRANTED**, and the amicus briefs (Docs. 42-1, 45-1, 46-1) are accepted and deemed filed.

---

[1] The Court did not overlook that Defendants' consent to Blockchain Association and DeFi Education Fund's amicus brief was subject to certain "limitations." Doc. 42 at 2. However, even if the brief exceeds those limitations, Defendants will not be prejudiced if the Court accepts the brief because they will have an opportunity in their summary judgment filings to address the issues raised in the brief and point out anything they believe the Court should not consider because it exceeds the scope of the issues framed by the parties' pleadings and motions.

**DONE and ORDERED** this 5th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**