UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                                                  Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

# ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Rodrigo Seira (Doc. 44). The Court finds based on the motion and supporting documentation that Mr. Seira meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Rodrigo Seira is authorized to appear *pro hac vice* for amicus curiae Paradigm Operations LP.

**DONE and ORDERED** this 5th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**