UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                          Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER SUPPLEMENTING BRIEFING SCHEDULE

Upon due consideration of the parties' joint motion for amendment to scheduling order (Doc. 43), it is **ORDERED** that the motion is **GRANTED**, and

1. Amicus briefs in support of Plaintiffs shall be filed on or before June 2, 2023.

2. Amicus briefs in support of Defendants shall be filed on or before June 30, 2023.

3. All other briefing deadlines are unchanged. *See* Doc. 26 at ¶¶2-4.

**DONE and ORDERED** this 5th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**