UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **Coin Center et al.,**  **Plaintiffs,**  v.  **Janet Yellen, in her official capacity as Secretary of the Treasury, et al.,**  **Defendants.** | Civil Action No. 3:22-cv-20375-TKW-ZCB |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Eric Tung of Jones Day, as counsel for *amici curiae*, the Blockchain Association (the "Association") and DeFi Education Fund ("DEF"), and respectfully requests that the Court allow him to appear *pro hac vice* on behalf of *amici curiae* the Association and DEF. In support hereof, Mr. Tung states as follows:

1. Mr. Tung resides in California and is not a resident of the State of Florida.

2. Mr. Tung is an attorney at Jones Day's Los Angeles office, located at 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071.

3. *Amici curiae* the Association and DEF have retained Jones Day to represent them in this matter.

4. Mr. Tung is admitted to the bar in the State of California (Bar #275063) and is in good standing in that state.

5. Mr. Tung has completed the Clerk's requirements, including reviewing the Attorney Admission Memo and the Local Rules of the Northern District of Florida, completing the Attorney Admission Tutorial, reviewing the CM/ECF Attorney User's Guide, and completing the Pro Hac Vice Registration request. Mr. Tung's Attorney Admission Tutorial confirmation number is FLND1685647177613.

WHEREFORE, Mr. Tung respectfully moves the Court for an Order allowing him to appear on behalf of *amici curiae* the Association and DEF.

Dated: June 12, 2023

Respectfully submitted,

*/s/ Eric Tung*
Eric Tung
CA Bar No. 275063
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Phone: (213) 489-3939
Fax: (213) 243-2539
etung@jonesday.com

*Counsel for* Amici Curiae
*Blockchain Association and
DeFi Education Fund*

## LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Local Rule 7.1(B), the undersigned certifies he has conferred with counsel for Plaintiffs and Defendants, and Plaintiffs and Defendants do not oppose the entry of an order granting this motion.

/s/ Eric Tung
Eric Tung

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on all parties according to the Federal Rules of Civil Procedure.

/s/ Eric Tung
Eric Tung