**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**COIN CENTER**, et al.,

     **Plaintiffs**,

**v.**                                                                     **Case No. 3:22cv20375-TKW-ZCB**

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

     **Defendants**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Eric Tung (Doc. 50). The Court finds based on the motion and supporting documentation that Mr. Tung meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Eric Tung is authorized to appear *pro hac vice* for amici Blockchain Association and DeFi Education Fund.

**DONE and ORDERED** this 13th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**