# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE COMBINED OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants respectfully request that the Court extend the deadline for their combined opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 36, and cross-motion for summary judgment, by 7 days, to June 23, 2023. Plaintiffs consent to this motion, and there exists good cause to grant it. This extension is necessary in light of a recent change in staffing, and Defendants' remaining counsel have several overlapping deadlines in other matters. The additional week will allow sufficient time for Defendants' counsel to prepare an adequate and thorough response, including necessary consultation with Defendants, particularly in light of the federal holiday next week.

This is Defendants' first extension request, made in good faith, and no party will be prejudiced by the extension.

For these reasons, Defendants respectfully request a 7-day extension of the summary-judgment briefing schedule.

Dated: June 15, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

<u>/s/ Christine L. Coogle</u>
CHRISTINE L. COOGLE
Trial Attorney
STEPHEN M. ELLIOTT
Senior Counsel
Federal Programs Branch
Civil Division
United States Department of Justice
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I certify that I conferred with Plaintiffs, who consent to this motion.

Pursuant to Local Rule 7.1(F), I certify that this memorandum contains 134 words, excluding the parts that may be excluded.

*/s/ Christine L. Coogle*
Counsel for Defendants
