UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**

Upon due consideration of Defendants' consent motion for extension of time, it is

**ORDERED** that the motion is **GRANTED**, and the deadline for Defendants to file their opposition and cross-motion for summary judgment is extended to June 30, 2023.

**DONE and ORDERED** this ___ day of June 2023.

_____
**T. KENT WETHERELL, II**
**United States District Judge**