# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

## NOTICE OF ERRATA

Defendants respectfully file this notice to correct a typographical error in the first sentence of their consent motion for extension of time, ECF No. 52. That sentence stated the current due date, June 23, 2023, instead of the requested due date, June 30, 2023. Accordingly, the sentence should read: "Defendants respectfully request that the Court extend the deadline for their combined opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 36, and cross-motion for summary judgment, by 7 days, to June 30, 2023." The corrected motion is attached to this notice.

| | |
|---|---|
| Dated: June 15, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>DIANE KELLEHER<br>Assistant Director<br><br>*/s/ Christine L. Coogle*<br>CHRISTINE L. COOGLE<br>Trial Attorney<br>STEPHEN M. ELLIOTT<br>Senior Counsel<br>Federal Programs Branch<br>Civil Division<br>United States Department of Justice<br>1100 L St. NW<br>Washington, D.C. 20005<br>202-880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* |