UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                       Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official Capacity as Secretary of the Treasury, **et al.**,

    **Defendants**.
_____/

### ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' corrected consent motion for extension of time (Doc. 53-1), it is

**ORDERED** that the motion is **GRANTED**, and the deadline for Defendants' response/cross-motion for summary judgment is extended to June 30, 2023.

**DONE and ORDERED** this 16th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**