UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **Coin Center et al.,**  **Plaintiffs,**  v.  **Janet Yellen, in her official capacity as Secretary of the Treasury, et al.,**  **Defendants.** | No. 3:22-cv-20375-TKW-ZCB |

**MOTION TO WITHDRAW AS
COUNSEL PURSUANT TO LOCAL RULE 11.1(H)(1)(b) AND REQUEST
FOR REMOVAL FROM SERVICE LIST**

Please take notice that attorney James M. Burnham, Esquire, of the law firm Jones Day, hereby withdraws as counsel for *amici curiae*, the Blockchain Association (the "Association") and DeFi Education Fund ("DEF") in the above-referenced litigation, and requests to be removed from the docket and electronic list accordingly. As required by Local Rule 11.1(H)(1)(b), the Association and DEF consent to this withdrawal, and the withdrawal will leave the Association and DEF with other attorneys of record who intend to continue in the case.

Dated: June 29, 2023  Respectfully submitted,

*/s/ James M. Burnham*

James M. Burnham
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jburnham@jonesday.com

*Counsel for* Amici Curiae
*Blockchain Association and*
*DeFi Education Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, the foregoing document was filed through the Court's CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ *James M. Burnham*
James M. Burnham