UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                           Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER

Upon due consideration of the motion to withdraw as counsel (Doc. 55), it is

**ORDERED** that the motion is **GRANTED**, and James M. Burnham shall have no further obligation to represent the Blockchain Association and DeFi Education Fund in this case. The Clerk shall terminate Mr. Burnham as counsel of record in CM/ECF.

**DONE and ORDERED** this 30th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**