UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER, et al.,

    Plaintiffs,

v.

YELLEN, et al.,

    Defendants.

Civil Action No. 3:22-cv-20375-TKW-ZCB

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW John Kinchen of Smyser, Kaplan & Veselka, LLP, as counsel for *amici curiae*, the Bank Policy Institute ("BPI") and respectfully requests that the Court allow him to appear *pro hac vice* on behalf of potential *amici curiae* BPI. In support hereof, Mr. Kinchen states as follows:

1. Mr. Kinchen resides in Texas and is not a resident of the State of Florida.

2. Mr. Kinchen is an attorney at Smyser, Kaplan & Veselka, LLP, located at 717 Texas Ave., Suite 2800, Houston, Texas 77002.

3. *Amici curiae* BPI have retained Smyser, Kaplan & Veselka, LLP to represent them in this matter.

4. Mr. Kinchen is admitted to the bar in the state of Texas (Bar #00791027) and is in good standing. *See* Exhibit 1, Certificate of Good Standing.

5. Mr. Kinchen has completed the Clerk's requirements, including reviewing the Attorney Admission Memo and the Local Rules of the Northern District of Florida, completing the Attorney Admission Tutorial, reviewing the CM/ECF Attorney User's Guide, and completing the Pro Hac Vice Registration request. Mr. Kinchen's Attorney Admission Tutorial confirmation number is FLND1688061061726.

WHEREFORE, Mr. Kinchen respectfully moves the Court for an Order allowing him to appear on behalf of amici curiae BPI.

Dated: July 6, 2023

Respectfully submitted,

*/s/ John Kinchen*
John Kinchen
Federal ID No. 235595
Texas Bar No. 00791027
S.D. ID No. 18184
Smyser Kaplan & Veselka, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas  77002
(713) 221-2345
jkinchen@skv.com

**COUNSEL FOR THE BANK POLICY INSTITUTE**

## LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Local Rule 7.1(B), the undersigned certifies he has conferred with counsel for Plaintiffs and Defendants, and Plaintiffs and Defendants do not oppose the entry of an order granting this motion.

*/s/ John Kinchen*
John Kinchen

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on all parties according to the Federal Rules of Civil Procedure.

*/s/ John Kinchen*
John Kinchen