UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER, et al,

    *Plaintiffs*,

v.

YELLEN, et al.,

    *Defendants*.

Civil Action No. 3:22-cv-20375-TKW-ZCB

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF THE BANK POLICY INSTITUTE IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

## INTEREST OF AMICUS CURIAE

The Bank Policy Institute ("BPI") respectfully moves this Court for leave to file a brief as *amicius curiae* in support of Defendants' Cross-Motion for Summary Judgment. The proposed amicus brief is attached as **Exhibit 1** and a proposed order is attached as **Exhibit 2**.

BPI is a nonpartisan policy, research, and advocacy group that represents the nation's leading banks and their customers. BPI's members have over 36,000 branches nationwide and hold more than $10.5 trillion in deposits. *See* Bank Policy Institute, *The Economic Impact of the Bank Policy Institute Members*, https://bpi.com/everyday-bpi/ (2021).

BPI has an interest in this case because it raises, including in briefs filed by *amici* supporting the Plaintiffs, questions of how privacy and financial inclusion are protected and promoted in the regulated financial system as compared to in other, newer systems that have developed for digital assets such as cryptocurrencies. BPI and its members are committed to detecting and deterring money laundering, and they are also opposed to unlawful discrimination and privacy intrusions in all forms.

## ARGUMENT

District courts "possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *League of Women Voters of Fla., Inc. v. Lee*, No. 4:21-cv-186, 2021 U.S. Dist. LEXIS 254506, at *12 (N.D. Fla. Dec. 6, 2021) (quoting *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006)). Although there is an absence of authority governing a district court's decision to grant or deny a nonparty's motion for leave to file an amicus brief, "district courts commonly refer to [Federal Rule of Appellate Procedure] 29 for guidance." *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007) (citation omitted). An amicus brief "should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties

are able to provide." *Fla. By & Through McCollum v. U.S. Dep't of Health & Human Servs.*, No. 3:10-cv-91, 2010 WL 11570635, at *1 (N.D. Fla. June 14, 2010) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

Courts "should welcome amicus briefs for one simple reason: '[I]t is for the honour of a court of justice to avoid error in their judgments.'" *Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021) (citation omitted); *see also League of Women Voters*, 2021 U.S. Dist. LEXIS 254506, at *12 (noting that amici have "experience and qualifications" that may allow them to "aid in th[e] Court's deliberations over th[e] case."). For these reasons, courts would be "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Lefebure*, 15 F.4th at 676.

BPI offers both unique information and perspective to assist this Court. The OFAC designation of the Tornado Cash smart contracts raises important legal questions about OFAC's statutory authority to sanction free, open-source, autonomously operating computer code that is not property or an interest in property. OFAC's designation also raises important economic Considerations for companies, software developers, and users of the Ethereum blockchain, one of the most popular blockchain ecosystems in the world.

OFAC's sanctions against decentralized, open-source, and ownerless software affect all companies in the blockchain ecosystem, including BPI's portfolio companies. Given BPI's significant experience and expertise in crypto assets, decentralized systems, and blockchain-based software solutions, BPI hopes to aid the Court by providing additional insights into the far-reaching impact of these proceedings. BPI's amicus brief can assist the Court in better understanding both the underlying technology, and the important privacy interests that Tornado Cash promotes. Because our "adversarial system of justice" is based on "a firm belief in the robust and fearless

exchange of ideas as the best mechanism for uncovering the truth," *id.* at 674, BPI submits that the information presented in its amicus brief will assist the Court in reaching a sound decision in this matter.

For these reasons, BPI respectfully requests that the Court grant it leave to participate as amicus curiae and accept the attached amicus brief.

Dated: July 7, 2023.

                                              Respectfully submitted,

                                              /s/ *John Kinchen*
                                              John Kinchen *(pro hac vice)*
                                              Federal ID No. 235595
                                              Texas Bar No. 00791027
                                              S.D. ID No. 18184
                                              Smyser Kaplan & Veselka, L.L.P.
                                              717 Texas Avenue, Suite 2800
                                              Houston, Texas  77002
                                              (713) 221-2345
                                              jkinchen@skv.com

                                              *Counsel for Amicus Curiae*

## RULE 7.1(C) CERTIFICATION

I hereby certify that, in accordance with Local Rule 7.1(c), BPI has conferred with counsel for both the Plaintiffs and the Government, and both Plaintiffs and the Government consent to the filing of this motion and brief.

/s/ *John Kinchen*
John Kinchen

## RULE 7.1(F) CERTIFICATION

I hereby certify that, in accordance with Local Rule 7.1(f), this motion contains a total of 695 words and the brief contains a total of 4990 words.

/s/ *John Kinchen*
John Kinchen

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I caused the foregoing to be filed with the Clerk of Court upon all counsel of record via the CM/ECF system.

/s/ *John Kinchen*
John Kinchen