# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> YELLEN, et al., <br><br> *Defendants*. | Civil Action No. 3:22-cv-20375-TKW-ZCB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF THE BANK POLICY INSTITUTE**

This Court, having considered the Unopposed Motion for Leave to File Amicus Brief on Behalf of The Bank Policy Institute in Support of Defendants' Cross-Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amici* shall file a brief on entry of this Order.

Dated: _____, 2023.    _____
                                 T. KENT WETHERELL, II
                                 UNITED STATES DISTRICT JUDGE