UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                 Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.

_____/

## ORDER

Upon due consideration of the Bank Policy Institute's unopposed motion to file amicus brief (Doc. 60), it is

**ORDERED** that the motion is **GRANTED**, and the Bank Policy Institute's amicus brief (Doc. 60-1) is accepted.

**DONE and ORDERED** this 10th day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**