UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

**DEFENDANTS' CONSENT MOTION
FOR EXTENSION OF WORD LIMIT**

Defendants respectfully request an extension of the word limit to 6,000 words for their forthcoming reply in support of their cross-motion for summary judgment, due on August 11, 2023. Plaintiffs consent to this motion, and there exists good cause to grant it.

The parties jointly moved for a four-brief schedule for cross-motions for summary judgment, ECF No. 24, which the Court granted, ECF No. 26, and later extended upon requests from both parties, ECF Nos. 33, 54. The joint scheduling motion, and subsequent order, did not include any agreement or order with respect to word limits. The parties have, accordingly, followed the limitations of this Court's local rules in their respective filings. *See* Local Rules 7.1, 56.1. Those rules do not, however, account for the type of four-brief cross-motion schedule that the parties

have followed here. Defendants' requested extension from 3,200 words to 6,000 words for their reply would bring their total to 14,000 words for both briefs—still less than, but closer to, Plaintiffs' allotted 16,000 words for their two briefs.[1] This modest extension will allow Defendants to prepare an adequate and thorough reply to the arguments advanced in Plaintiffs' briefs.

For these reasons, Defendants respectfully request an extension to 6,000 words for their reply brief.

Dated: July 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

/s/ Christine L. Coogle
CHRISTINE L. COOGLE
Trial Attorney
STEPHEN M. ELLIOTT
Senior Counsel
Federal Programs Branch
Civil Division
United States Department of Justice

---

[1] Plaintiffs' opening brief was 7,994 words, ECF No. 36-1, at 35, and their combined response and reply brief was 7,673 words, ECF No. 62, at 32. Defendants' combined cross-motion and opposition brief was 7,978 words. ECF No. 57, at 35.

>1100 L St. NW
>Washington, D.C. 20005
>202-880-0282
>christine.l.coogle@usdoj.gov
>
>*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I certify that I conferred with counsel for Plaintiffs, who consent to this motion.

Pursuant to Local Rule 7.1(F), I certify that this memorandum contains 247 words, excluding the parts that may be excluded.

>*/s/ Christine L. Coogle*
>Counsel for Defendants