UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

**[PROPOSED] ORDER EXTENDING WORD LIMIT**

Upon due consideration of Defendants' consent motion for extension of the word limit, it is

**ORDERED** that the motion is **GRANTED**, and the word limit for Defendants' reply brief in support of their cross-motion for summary judgment is extended to 6,000 words.

**DONE and ORDERED** this ___ day of _____ 2023.

_____
**T. KENT WETHERELL, II**
**United States District Judge**