UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                          Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.

_____/

## ORDER INCREASING WORD LIMIT

Upon due consideration of Defendants' consent motion for extension of word limit (Doc. 63), it is

**ORDERED** that the motion is **GRANTED**, and Defendants' reply may be up to 6,000 words in length.

**DONE and ORDERED** this 1st day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**