UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                           Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## **ORDER**

Briefing in this case is nearly complete and the parties are to file the administrative record / joint appendix within 7 days after the final brief is filed.  *See* Doc. 15 at ¶1; Doc. 26 at ¶5.  To facilitate review of the merits of this case, the Court would like to have a hard copy of the administrative record / joint appendix in addition to the electronic copy filed through CM/ECF.  Accordingly, it is

**ORDERED** that the parties shall provide a hard copy of the administrative record / joint appendix to the Court contemporaneously with the filing of the electronic copy filed through CM/ECF.

**DONE and ORDERED** this 3rd day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**