# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER; PATRICK O'SUL-
LIVAN; JOHN DOE; and DAVID
HOFFMAN,

          Plaintiffs,

v.

JANET YELLEN, in her official ca-
pacity as Secretary of the Treasury;
DEPARTMENT OF THE TREAS-
URY; ANDREA M. GACKI, in her
official capacity as Director of the Of-
fice of Foreign Assets Control; and
OFFICE OF FOREIGN ASSETS
CONTROL,

          Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

**JOINT APPENDIX OF ADMINISTRATIVE RECORD DOCUMENTS CITED IN PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties respectfully submit this joint appendix containing the administrative record documents cited in their summary-judgment briefs. The joint appendix contains the following documents from the administrative record:

| **Administrative Record Document** | **Administrative Record Citation** |
|---|---|
| **Volume I** | |
| Designation and Blocking Memorandum | A.R. 1-5 |
| Press Release | A.R. 9-12 |
| Evidentiary Memorandum | A.R. 13-100 |
| Exhibit 6: CoinDesk, *Tornado Cash Co-Founder Says the Mixer Protocol is Unstoppable* | A.R. 137-149 |
| Exhibit 7: Decrypt.co, *Tornado Cash Ethereum Token Down 50% After Sanctions* | A.R. 150-157 |
| Exhibit 15: Medium, *Tornado Cash Introduces Arbitrary Amounts & Shielded Transfers* | A.R. 184-189 |
| Exhibit 54: Department of the Treasury, *Treasury Takes Robust Actions to Counter Ransomware* | A.R. 474-479 |
| Exhibit 58: Ethereum, *Ethereum Accounts* | A.R. 505-513 |
| Exhibit 59: Chainalysis, *Dissecting the DAO: Web3 Ownership is Surprisingly Complicated* | A.R. 514-525 |
| Exhibit 62: Coin Center, *How Does Tornado Cash Work?* | A.R. 544-576 |
| Exhibit 63: Chainalysis, *Crypto Mixers and AML Compliance* | A.R. 577-582 |
| Exhibit 72: FIOD, *Arrest of Suspected Developer of Tornado Cash* | A.R. 629-631 |
| Exhibit 86: GitHub, *Tornado Repositories/Tornado Classic UI* | A.R. 714-716 |
| Exhibit 89: Crypto.com, *Crypto Tokens vs. Coins – What's the Difference?* | A.R. 727-737 |
| Exhibit 103: Ethereum, *Intro to Ethereum* | A.R. 814-821 |
| Exhibit 107: Ethereum, *Transactions* | A.R. 856-872 |

| | |
|---|---|
| Exhibit 108: Certik, *What is Blockchain Analysis?* | A.R. 873-883 |
| **Volume II** | |
| Exhibit 120: Tornado Cash, *Introduction* | A.R. 950-954 |
| Exhibit 130: National Institute of Standards and Technology, *Blockchain Technology Overview* | A.R. 1030-1152 |
| Exhibit 157: Ethereum, *Decentralized Autonomous Organizations* | A.R. 1312-1322 |
| Exhibit 175: Immunefi, *Tornado Cash Bug Bounties* | A.R. 1577-1593 |
| Exhibit 176: Crypto News Australia, *Tornado Cash Token (TORN) Surges 94% Following Bullish Protocol Updates* | A.R. 1594-1599 |
| Exhibit 179: Attorney General's Cyber Digital Task Force, *Cryptocurrency Enforcement Framework* | A.R. 1752-1835 |
| Exhibit 184: BeinCrypto, *Ethereum Name Service (ENS): Everything You Need to Know* | A.R. 1931-1944 |
| Exhibit 199: Harvard Law School Forum on Corporate Governance, *An Introduction to Smart Contracts and Their Potential and Inherent Limitations* | A.R. 2140-2149 |

Dated: August 18, 2023

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

Respectfully submitted,

*/s/Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577.
*pro hac vice

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

    I e-filed this joint appendix with the Court on August 18, 2023, which emailed everyone requiring notice. A hard copy is being mailed to the Court.

*/s/Cameron T. Norris*
Counsel for Plaintiffs
