# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER *et al.*,

    *Plaintiffs*,

v.

JANET YELLEN *et al.*,

    *Defendants*.

No. 3:22-cv-20375

## NOTICE OF CLASSIFIED LODGING

Defendants U.S. Department of the Treasury *et al.*, through undersigned counsel, hereby provide notice that Defendants have lodged for submission the classified addendum to the Tornado Cash designation, in support of their Cross-Motion for Summary Judgment, ECF No. 57. *See* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information). The submission has been lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel or the Litigation Security Group to assist in securing delivery of this submission for review at the Court's convenience.

| | |
|---|---|
| Dated: August 18, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>DIANE KELLEHER<br>Assistant Director<br><br>*/s/ Christine L. Coogle*<br>CHRISTINE L. COOGLE<br>Trial Attorney<br>STEPHEN M. ELLIOTT<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L St. NW<br>Washington, D.C. 20005<br>202-880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* |