UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| COIN CENTER *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANET YELLEN *et al.*, <br><br> *Defendants*. | No. 3:22-cv-20375 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY**

Defendants respectfully move for leave to file a brief reply to Plaintiffs' Response to Defendants' Notice of Supplemental Authority, ECF No. 71. In support of their request, Defendants state as follows:

1. Local Rule 7.1(J) allows a party to file a 350-word notice of "pertinent and significant" new authority, with a corresponding response by the opposing party.

2. On August 18, 2023, Defendants filed notice of a decision by the U.S. District Court for the Western District of Texas involving a similar challenge by other parties to the designation of Tornado Cash by the Office of Foreign Assets Control (OFAC). Defendants' notice relied exclusively on quotations from the district court's opinion and did not include any additional arguments or requests.

3. On August 21, Plaintiffs filed a response to Defendants' notice. In contrast to Defendants' filing, Plaintiffs' response contains new legal argument. For example, it includes citations to new cases they did not cite in their summary-judgment briefs, *see, e.g.*, Response 1 (citing *Catalyst Pharms. v. Becerra*, 14 F.4th 1299 (11th Cir. 2021)), and it mischaracterizes multiple aspects of the *Van Loon* court's opinion, *see, e.g.*, *id.* (inaccurately suggesting that the Texas court adopted their preferred "ordinary meaning" of "interest in property," when it instead determined that any such "ordinary meanings should not replace terms of art that have been defined by regulation," Op. 16). Further, Plaintiffs' response engages in unfounded speculation that the *Van Loon* decision is likely to be overturned on appeal, even though no appeal has yet been filed. *Id.*

4. Defendants respectfully request leave to file a short reply, limited to 350 words, to respond to Plaintiffs' newly raised arguments and to ensure that the Court has the benefit of both sides' argumentation, as the original briefing schedule provided. *See* Local Rule 7.1(I), (J); Order, ECF No. 26.

Dated: August 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
STEPHEN M. ELLIOTT
Senior Trial Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I certify that I conferred with Plaintiffs, who oppose this motion.

Pursuant to Local Rule 7.1(F), I certify that this memorandum contains 301 words, excluding the parts that may be excluded.

*/s/ Christine L. Coogle*
Counsel for Defendants
