UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COIN CENTER**, et al.,

    **Plaintiffs**,

v.                                                                                        Case No. 3:22cv20375-TKW-ZCB

**JANET YELLEN**, in her Official
Capacity as Secretary of the Treasury,
**et al.**,

    **Defendants**.
_____/

## ORDER DENYING LEAVE TO FILE REPLY

This case is before the Court based on Defendants' motion for leave to file reply (Doc. 72). The motion represents that it is opposed by Plaintiffs. No response is necessary.

There comes a point in every case where briefing needs to end. That point has come in this case because there is nothing extraordinary about Plaintiffs' response to the notice of supplemental authority that warrants a reply.[1]

Accordingly, Defendants' motion for leave to file a reply (Doc. 72) is **DENIED**.[2]

---

[1] *Cf.* N.D. Fla. Loc. R. 7.1(I) (authorizing the court to grant leave to file a reply in support of a motion in "extraordinary circumstances").

[2] Local Rule 7.1(J) does not prohibit commentary in a notice of supplemental authority and the Court's decision about whether to adopt the Texas court's analysis of any common issues

**DONE and ORDERED** this 23rd day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

in this case will be based on the Court's independent assessment of the persuasiveness of the Texas court's analysis rather than how the decision was characterized in Plaintiffs' response to the notice of supplemental authority or speculation about how the Fifth Circuit might rule.