**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

COIN CENTER; et al.,
                  Plaintiffs,

v.

JANET YELLEN, et al.,
                  Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

**NOTICE OF APPEAL**

All Plaintiffs appeal to the United States Court of Appeals for the Eleventh

Circuit the district court's final judgment, dated October 30, 2023. *See* Doc. 75.

Dated: November 6, 2023

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

Respectfully submitted,

*s/Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*pro hac vice

*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I e-filed this response with the Court on November 6, 2023. which emailed

everyone requiring notice.

*/s/Cameron T. Norris*
Counsel for Plaintiffs

2