# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER, ET AL

vs

USDC NO.  **3:22-cv-20375-TKW-ZCB**

_____

_____

JANET YELLEN, ET AL

## TRANSMITTAL OF NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.  A copy of the appeal notice, docket entries, and Order appealed from is enclosed.

| | |
|---|---|
| First Appeal Notice: | YES |
| Judge Appealed From: | T KENT WETHERELL |
| Appellate Docket Fee: | YES |
| Court Reporters: | NO |
| Other | |

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

By:  *Monica Broussard*
Deputy Clerk: Monica Broussard
1 North Palafox Street
Pensacola, Florida 32502-5658

November 7, 2023

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COIN CENTER; et al.,

                Plaintiffs,

v.

JANET YELLEN, et al.,

                Defendants.

Case No.
3:22-cv-20375-TKW-ZCB

## NOTICE OF APPEAL

All Plaintiffs appeal to the United States Court of Appeals for the Eleventh

Circuit the district court's final judgment, dated October 30, 2023. *See* Doc. 75.

Dated: November 6, 2023

Respectfully submitted,

*s/Cameron T. Norris*

Michael A. Sasso
Florida Bar No. 93814
masasso@sasso-law.com
Christian Bonta
Florida Bar No. 1010347
cbonta@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789
Tel.: (407) 644-7161

Jeffrey M. Harris*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: 703.243.9423

J. Abraham Sutherland*
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*pro hac vice

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I e-filed this response with the Court on November 6, 2023. which emailed everyone requiring notice.

<u>/s/ Cameron T. Norris</u>
Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

COIN CENTER et al

    VS                           CASE NO.  3:22-cv-20375-TKW-ZCB

JANET YELLEN et al

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that Summary Judgment is entered in favor of Defendants.  All claims in Plaintiffs' amended complaint are dismissed with prejudice. Plaintiffs shall take nothing from this action and Defendants shall go hence without delay.

                                 JESSICA J. LYUBLANOVITS
                                 CLERK OF COURT


 October 30, 2023               /s/ *Monica Broussard*
DATE                             Deputy Clerk: Monica Broussard

CLOSED,APPEAL

# U.S. District Court
## Northern District of Florida (Pensacola)
## CIVIL DOCKET FOR CASE #: 3:22-cv-20375-TKW-ZCB

COIN CENTER et al v. YELLEN et al
Assigned to: JUDGE T KENT WETHERELL II
Referred to: MAGISTRATE JUDGE ZACHARY C
BOLITHO
Demand: $0
Cause: 05:551 Administrative Procedure Act

Date Filed: 10/12/2022
Date Terminated: 10/30/2023
Jury Demand: None
Nature of Suit: 899 Other
Statutes: Administrative
Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**COIN CENTER**                    represented by **JEFFREY HETZEL**
CONSOVOY MCCARTHY PLLC -
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703-243-9423
Email:
jhetzel@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAMERON THOMAS NORRIS**
CONSOVOY MCCARTHY PLLC -
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703-243-9423
Email:
cam@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

**JEFFREY MATTHEW HARRIS**
CONSOVOY MCCARTHY PLLC -
ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703-243-9423
Email:
jeff@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

**MICHAEL ADAM SASSO**
MICHAEL C SASSO PA - WINTER
PARK FL
1031 W MORSE BLVD
STE 120
WINTER PARK, FL 32789
407-644-7161
Fax: 407-629-6727
Email: notice@sasso-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK O'SULLIVAN**          represented by **JEFFREY HETZEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAMERON THOMAS NORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY MATTHEW HARRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL ADAM SASSO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE**                    represented by **JEFFREY HETZEL**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **CAMERON THOMAS NORRIS**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **JEFFREY MATTHEW HARRIS**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **MICHAEL ADAM SASSO**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID HOFFMAN**              represented by **JEFFREY HETZEL**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **CAMERON THOMAS NORRIS**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **JEFFREY MATTHEW HARRIS**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **MICHAEL ADAM SASSO**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JANET YELLEN**              represented by **CHRISTINE L COOGLE**
*IN HER OFFICIAL CAPACITY*                    DOJ-CIV
*AS SECRETARY OF THE*                         FEDERAL PROGRAMS BRANCH
*TREASURY*                                    1100 L STREET NW
                                              WASHINGTON, DC 20005

202-880-0282
Email:
christine.l.coogle@usdoj.gov
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER ROBERT
HEALY**
DOJ-CIV
1100 L STREET NW
WASHINGTON, DC 20530
202-514-8095
Email:
christopher.healy@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF THE
TREASURY**                    represented by   **CHRISTINE L COOGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER ROBERT
HEALY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREA M GACKI**          represented by   **CHRISTINE L COOGLE**
*IN HER OFFICIAL CAPACITY*                   (See above for address)
*AS DIRECTOR OF THE*                         *ATTORNEY TO BE NOTICED*
*OFFICE OF FOREIGN*
*ASSETS CONTROL*                             **CHRISTOPHER ROBERT
HEALY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICE OF FOREIGN
ASSETS CONTROL**             represented by   **CHRISTINE L COOGLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER ROBERT
HEALY**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

**ANDREESSEN HOROWITZ**   represented by   **ALESSIO EVANGELISTA**
SKADDEN ARPS ETC LLP -
WASHINGTON DC
1440 NEW YORK AVENUE NW
WASHINGTON, DC 20005
202-371-7170
Email:
alessio.evangelista@skadden.com
*ATTORNEY TO BE NOTICED*

**JESSIE K LIU**
SKADDEN ARPS ETC LLP -
WASHINGTON DC
1440 NEW YORK AVENUE NW
WASHINGTON, DC 20005
202-371-7000
Fax: 202-661-2340
Email: jessie.liu@skadden.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Paradigm Operations LP**   represented by   **KATHERINE C YARGER**
LEHOTSKY KELLER COHN LLP -
DENVER CO
700 COLORADO BOULEVARD
UNIT 407
DENVER, CO 80206
303-717-4749
Email: katie@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**RODRIGO SEIRA**
PARADIGM - SAN FRANCISCO
CA
584 MARKET STREET
SAN FRANCISCO, CA 94104
303-718-1999
Email: rodrigo@paradigm.xyz
*ATTORNEY TO BE NOTICED*

**Amicus**

**BLOCKCHAIN ASSOCIATION**   represented by   **BRIAN CHARLES LEA**
JONES DAY - ATLANTA GA
1221 PEACHTREE STREET NE
ATLANTA, GA 30361
404-581-8528
Fax: 404-581-8521
Email: blea@jonesday.com
*ATTORNEY TO BE NOTICED*

**JAMES MAHONEY BURNHAM**
DOJ-CIV
800 CONNECTICUT AVENUE
NW
SUITE 300
WASHINGTON, DC 20006
602-501-5469
Email: james@kingstlegal.com
*TERMINATED: 06/30/2023*

**Amicus**

**DEFI EDUCATION FUND**   represented by   **BRIAN CHARLES LEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JAMES MAHONEY BURNHAM**
(See above for address)
*TERMINATED: 06/30/2023*

**Amicus**

**Bank Policy Institute**   represented by   **JOHN KINCHEN**
SMYSER KAPLAN & VESELKA
LLP - HOUSTON TX
717 TEXAS AVENUE
SUITE 2800
HOUSTON, TX 77002
713-221-2345
Email: jkinchen@skv.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 10/12/2022 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-7505970.), filed by David Hoffman, Coin Center, John Doe, Patrick O'Sullivan. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons) (SASSO, MICHAEL) (Entered: 10/12/2022) |
|---|---|---|
| 10/13/2022 | 2 | DOCKET ANNOTATION BY COURT: The parties in the above-referenced case were added to the docket incorrectly and will be corrected by the clerk. Party names are to be entered in all caps and without punctuation. For future reference: Please review the procedure for adding/creating new parties in the "Style Guide for Electronic Case Filing" and/or chapter 10 of the "CM/ECF Attorney User's Guide," available at www.flnd.uscourts.gov. (mb) (Entered: 10/13/2022) |
| 10/13/2022 | 3 | Summons Issued as to JANET YELLEN (Attachments: # 1 DEPARTMENT OF THE TREASURY, # 2 ANDREA M GACKI, # 3 OFFICE OF FOREIGN ASSETS CONTROL). (mb) (Entered: 10/13/2022) |
| 10/17/2022 | 4 | Summons Issued as to U.S. Attorney General (Attachments: # 1 USA Civil Process Clerk, # 2 US ATTORNEY JASON COODY). (mb) (Entered: 10/17/2022) |
| 11/06/2022 | 5 | MOTION to Appear Pro Hac Vice by Jeffrey Hetzel.( Filing fee $ 208 receipt number AFLNDC-7549344.) by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Exhibit Certificate of Good Standing) (HETZEL, JEFFREY) (Entered: 11/06/2022) |
| 11/06/2022 | 6 | MOTION to Appear Pro Hac Vice by Cameron T. Norris.( Filing fee $ 208 receipt number AFLNDC-7549351.) by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Exhibit Certificate of Good Standing) (NORRIS, CAMERON) (Entered: 11/06/2022) |
| 11/06/2022 | 7 | MOTION to Appear Pro Hac Vice by Jeffrey Harris.( Filing fee $ 208 receipt number AFLNDC-7549352.) by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Exhibit Certificate of Good Standing) (HARRIS, JEFFREY) (Entered: 11/06/2022) |

| | | |
|---|---|---|
| 11/07/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 5 MOTION to Appear Pro Hac Vice by Jeffrey Hetzel.( Filing fee $ 208 receipt number AFLNDC-7549344.), 6 MOTION to Appear Pro Hac Vice by Cameron T. Norris.( Filing fee $ 208 receipt number AFLNDC-7549351.), 7 MOTION to Appear Pro Hac Vice by Jeffrey Harris.( Filing fee $ 208 receipt number AFLNDC-7549352.) (mb) (Entered: 11/07/2022) |
| 11/07/2022 | 8 | ORDER granting 5 Motion to Appear Pro Hac Vice (Appointed JEFFREY HETZEL, CAMERON THOMAS NORRIS, JEFFREY MATTHEW HARRIS for COIN CENTER, PATRICK O'SULLIVAN, JOHN DOE, DAVID HOFFMAN); granting 6 Motion to Appear Pro Hac Vice (Appointed JEFFREY HETZEL, CAMERON THOMAS NORRIS, JEFFREY MATTHEW HARRIS for COIN CENTER, PATRICK O'SULLIVAN, JOHN DOE, DAVID HOFFMAN); granting 7 Motion to Appear Pro Hac Vice (Appointed JEFFREY HETZEL, CAMERON THOMAS NORRIS, JEFFREY MATTHEW HARRIS for COIN CENTER, PATRICK O'SULLIVAN, JOHN DOE, DAVID HOFFMAN). Signed by JUDGE T KENT WETHERELL II on 11/7/2022. (mb) (Entered: 11/07/2022) |
| 12/08/2022 | 9 | FIRST AMENDED COMPLAINT *with consent* against All Defendants All Defendants., filed by DAVID HOFFMAN, COIN CENTER, JOHN DOE, PATRICK O'SULLIVAN. (NORRIS, CAMERON) (Entered: 12/08/2022) |
| 12/08/2022 | 10 | CERTIFICATE OF SERVICE by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN re 9 Amended Complaint (NORRIS, CAMERON) (Entered: 12/08/2022) |
| 12/16/2022 | 11 | NOTICE of Appearance by CHRISTINE L COOGLE on behalf of All Defendants (COOGLE, CHRISTINE) (Entered: 12/16/2022) |
| 12/16/2022 | 12 | Consent MOTION for Extension of Time to File Answer by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # 1 Text of Proposed Order) (COOGLE, CHRISTINE) (Entered: 12/16/2022) |
| 12/19/2022 | 13 | ORDER granting 12 Defendant's Unopposed MOTION for Extension of Time, and Defendants shall have until January |

9, 2023, to answer or otherwise respond to the amended complaint. (Answer due by **1/9/2023**.) Signed by JUDGE T KENT WETHERELL II on 12/19/2022. (mb) (Entered: 12/19/2022)

| 01/04/2023 | 14 | Joint MOTION for Discovery *Entry of Scheduling Order* by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Text of Proposed Order) (NORRIS, CAMERON) (Entered: 01/04/2023) |

| 01/05/2023 | 15 | INITIAL SCHEDULING ORDER re 14 Joint MOTION for Discovery *Entry of Scheduling Order*. Administrative Record. On or before **1/13/2023)**, Defendants shall produce the certified administrative record to Plaintiffs and file a notice of service with the Court. The record itself shall not be filed with the Court until it becomes necessary for the Court to resolve any objections or consider the merits of the case. Objections. The parties shall meet and confer about any objections to the administrative record as soon as practicable after the record is served, and on or before **2/10/2023**, Plaintiffs shall file an appropriate motion raising any unresolved objections. Defendants shall have 14 days to respond to the objections. Proposed Briefing Schedule. If no objections to the administrative record are filed, the parties shall file a proposed summary judgment briefing schedule on or before **2/10/2023**. If objections are filed, the parties shall file the proposed briefing schedule within 7 days after the Court rules on the objections. Signed by JUDGE T KENT WETHERELL II on 1/5/2023. (mb) (Entered: 01/05/2023) |

| 01/09/2023 | 16 | ANSWER to 9 Amended Complaint by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (COOGLE, CHRISTINE) (Entered: 01/09/2023) |

| 01/09/2023 | 17 | AMENDED ANSWER by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. Amendment to 16 Answer to Amended Complaint *(CORRECTED SIGNATURE BLOCK)*. (COOGLE, CHRISTINE) (Entered: 01/09/2023) |

| 01/10/2023 | 18 | NOTICE of Appearance by CHRISTOPHER ROBERT HEALY on behalf of All Defendants (HEALY, CHRISTOPHER) (Entered: 01/10/2023) |

| 01/13/2023 | <u>19</u> | NOTICE *of Service of Certified Administrative Record* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN (Attachments: # <u>1</u> Certification, # <u>2</u> Index) (HEALY, CHRISTOPHER) (Entered: 01/13/2023) |
|---|---|---|
| 02/08/2023 | <u>20</u> | Joint MOTION to Extend Time by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (HEALY, CHRISTOPHER) (Entered: 02/08/2023) |
| 02/08/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: <u>20</u> JOINT MOTION TO AMEND THE SCHEDULE. (jfj) (Entered: 02/08/2023) |
| 02/09/2023 | <u>21</u> | ORDER EXTENDING DEADLINES. Upon due consideration of the parties' joint motion to amend the schedule (Doc. <u>20</u>), it is ORDERED that the motion is GRANTED, and the February 10, 2023, deadlines in the Initial Scheduling Order (Doc. <u>15</u> ) are extended to March 6, 2023. Signed by JUDGE T KENT WETHERELL II on 02/09/23. (Plaintiffs' motion or Parties' proposed briefing schedule deadline - **3/6/2023**.) (jfj) (Entered: 02/09/2023) |
| 02/28/2023 | <u>22</u> | STIPULATION *Proposed Stipulated Protective Order* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (HEALY, CHRISTOPHER) (Entered: 02/28/2023) |
| 03/01/2023 | <u>23</u> | STIPULATED PROTECTIVE ORDER. (SEE FULL ORDER) Signed by JUDGE T KENT WETHERELL II on 03/01/23. (jfj) (Entered: 03/01/2023) |
| 03/06/2023 | <u>24</u> | Joint MOTION Entry of Briefing Schedule by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (HEALY, CHRISTOPHER) (Entered: 03/06/2023) |
| 03/06/2023 | <u>25</u> | MOTION for Protective Order *Precluding Extra-Record Expert Submission* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # <u>1</u> Text of Proposed Order) (HEALY, CHRISTOPHER) (Entered: 03/06/2023) |

| 03/07/2023 | 26 | ORDER ESTABLISHING BRIEFING SCHEDULE re 24 Parties' Joint MOTION for Entry of Briefing Schedule. That the Motion is GRANTED, and Plaintiffs' motion for summary judgment shall be filed or before May 12, 2023. Defendants' response and cross-motion for summary judgment shall be filed no later than 28 days after the motion is filed. Plaintiffs' reply and response to the cross-motion shall be filed no later than 21 days after the response/cross-motion is filed. Defendants reply shall be filed no later than 21 days after Plaintiffs' reply/response is filed. The joint appendix shall be filed no later than 7 days after the last brief is filed. (Motion for Summary Judgment due by **5/12/2023**; Response to Motion and cross-motion due **6/9/2023**; Replies due by **6/30/2023**; Reply to reply/response **7/21/2023**; Joint Appendix due by **7/28/2023**). Signed by JUDGE T KENT WETHERELL II on 3/7/2023. (mb) (Entered: 03/07/2023) |
|---|---|---|
| 03/07/2023 | 27 | ORDER. Defendants' motion for a protective order (Doc. 25) is DENIED as premature. Signed by JUDGE T KENT WETHERELL II on 3/7/2023. (mb) (Entered: 03/07/2023) |
| 03/14/2023 | 28 | MOTION for Discovery *to Supplement Administrative Record with Expert Declaration* by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Exhibit Expert Declaration of Peter Van Valkenburgh, # 2 Exhibit Administrative Record Excerpts) (NORRIS, CAMERON) (Entered: 03/14/2023) |
| 03/14/2023 | | Set Deadlines re 28 MOTION for Discovery to Supplement Administrative Record with Expert Declaration (Internal deadline for referral to judge if response not filed earlier: **3/28/2023**). (mb) (Entered: 03/15/2023) |
| 03/28/2023 | 29 | MEMORANDUM in Opposition re 28 MOTION for Discovery *to Supplement Administrative Record with Expert Declaration* filed by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # 1 Exhibit A - OFAC Evidentiary Memorandum, # 2 Exhibit B - Administrative Record Exhibit 62) (HEALY, CHRISTOPHER) (Entered: 03/28/2023) |
| 03/28/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is |

needed Re: 29 MEMORANDUM in Opposition re 28 MOTION for Discovery to Supplement Administrative Record with Expert Declaration filed by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # 1 Exhibit A - OFAC Evidentiary Memorandum, # 2 Exhibit B - Administrative Record Exhibit 62). (mb) (Entered: 03/28/2023)

04/10/2023   30   ORDER DENYING MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD. That Plaintiffs' motion to supplement the administrative record (Doc. 28 ) is DENIED. Signed by JUDGE T KENT WETHERELL II on 4/10/2023. (mb) (Entered: 04/10/2023)

04/28/2023   31   NOTICE *of Errata re: Truncated Exhibit* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN (Attachments: # 1 Exhibit) (HEALY, CHRISTOPHER) (Entered: 04/28/2023)

04/28/2023   32   Consent MOTION for Extension of Time to File Dispositive Motions *Summary Judgment* by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Attachments: # 1 Text of Proposed Order) (NORRIS, CAMERON) (Entered: 04/28/2023)

05/01/2023   33   ORDER re 32 Plaintiffs' Consent MOTION for Extension of Time. That the motion is GRANTED, and the deadline for Plaintiffs to file their motion for summary judgment is extended to May 26, 2023. (Motions due by **5/26/2023**.) Signed by JUDGE T KENT WETHERELL II on 5/1/2023. (mb) (Entered: 05/01/2023)

05/24/2023   34   MOTION to Appear Pro Hac Vice by Jessie K. Liu.( Filing fee $ 208 receipt number AFLNDC-7885897.) by ANDREESSEN HOROWITZ. (Attachments: # 1 Exhibit Certificate of Good Standing) (LIU, JESSIE) (Entered: 05/24/2023)

05/25/2023   35   ORDER. This case is before the Court based on the motion for leave to appear pro hac vice filed by attorney Jessie K. Liu (Doc. 34 ). The motion is GRANTED, and attorney Jessie K. Liu is authorized to appear pro hac vice for potential amicus curiae Andreessen Horowitz. Signed by JUDGE T KENT WETHERELL II on 05/25/23. (jfj) (Entered: 05/25/2023)

| | | |
|---|---|---|
| 05/26/2023 | 36 | MOTION for Summary Judgment by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **6/16/2023**). (Attachments: # 1 Memorandum, # 2 Exhibit A (O'Sullivan Declaration), # 3 Exhibit B (Doe Declaration), # 4 Exhibit C (Hoffman Declaration), # 5 Exhibit D (Brito Declaration)) (NORRIS, CAMERON) (Entered: 05/26/2023) |
| 05/31/2023 | 37 | MOTION to Appear Pro Hac Vice by Alessio D. Evangelista.( Filing fee $ 208 receipt number AFLNDC-7894791.) by ANDREESSEN HOROWITZ. (Attachments: # 1 Exhibit DC Certficate of Good Standing) (EVANGELISTA, ALESSIO) (Entered: 05/31/2023) |
| 05/31/2023 | 38 | MOTION to Appear Pro Hac Vice by Katherine C. Yarger.( Filing fee $ 208 receipt number AFLNDC-7894777.) by Paradigm Operations LP. (Attachments: # 1 Certificate of Good Standing-Yarger) (YARGER, KATHERINE) (Entered: 05/31/2023) |
| 05/31/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 37 MOTION to Appear Pro Hac Vice by Alessio D. Evangelista, 38 MOTION to Appear Pro Hac Vice by Katherine C. Yarger. (mb) (Entered: 05/31/2023) |
| 06/01/2023 | 39 | ORDER re 38 MOTION to Appear Pro Hac Vice, 37 MOTION to Appear Pro Hac Vice. Attorney Alessio D. Evangelista is authorized to appear pro hac vice for potential amicus curiae Andreessen Horowitz. Attorney Katherine C. Yarger is authorized to appear pro hac vice for potential amicus curiae Paradigm Operations LP. Within 7 days from the date of this Order, the parties and potential amici shall confer and propose an amendment to the briefing schedule to establish deadlines for amicus briefs that ensures that the party whose position the amici oppose will have an opportunity to respond to the amici's arguments in the party's last brief. (Notify Chambers on **6/8/2023**.) Signed by JUDGE T KENT WETHERELL II on 6/1/2023. (mb) (Entered: 06/01/2023) |
| 06/01/2023 | 40 | MOTION to Appear Pro Hac Vice by James M. Burnham.( Filing fee $ 208 receipt number AFLNDC-7898445.) by BLOCKCHAIN ASSOCIATION, DEFI EDUCATION FUND. |

(Attachments: # 1 Certificate of Good Standing)
(BURNHAM, JAMES) (Entered: 06/01/2023)

06/02/2023    ACTION REQUIRED BY DISTRICT JUDGE: Chambers of
JUDGE T KENT WETHERELL II notified that action is
needed Re: 40 MOTION to Appear Pro Hac Vice by James
M. Burnham.( Filing fee $ 208 receipt number AFLNDC-
7898445.) (mb) (Entered: 06/02/2023)

06/02/2023    41    ORDER re 40 Motion for Leave to Appear Pro Hac Vice.
That the motion is GRANTED, and attorney James Burnham
is authorized to appear pro hac vice for potential amicus
curiae Blockchain Association and DeFi Education Fund.
(Appointed JAMES MAHONEY BURNHAM for
BLOCKCHAIN ASSOCIATION,JAMES MAHONEY
BURNHAM for DEFI EDUCATION FUND). Signed by JUDGE
T KENT WETHERELL II on 6/2/2023. (mb) (Entered:
06/02/2023)

06/02/2023    42    MOTION to File Amicus Brief *in Support of Plaintiffs'
Motion for Summary Judgment* by BLOCKCHAIN
ASSOCIATION, DEFI EDUCATION FUND. (Internal deadline
for referral to judge if response not filed earlier:
**6/16/2023**). (Attachments: # 1 Exhibit A - Amicus Brief, # 2
Exhibit B - Text of Proposed Order) (LEA, BRIAN) (Entered:
06/02/2023)

06/02/2023    43    Joint MOTION to Extend Time*for Amendment of Scheduling
Order to File Amicus Briefs* by BLOCKCHAIN
ASSOCIATION, COIN CENTER, DEFI EDUCATION FUND,
JOHN DOE, DAVID HOFFMAN, ANDREESSEN HOROWITZ,
PATRICK O'SULLIVAN, Paradigm Operations LP.
(Attachments: # 1 Text of Proposed Order) (NORRIS,
CAMERON) (Entered: 06/02/2023)

06/02/2023    44    MOTION to Appear Pro Hac Vice by Rodrigo Seira.( Filing
fee $ 208 receipt number AFLNDC-7900903.) by Paradigm
Operations LP. (Attachments: # 1 Certificate of Good
Standing-Seira) (SEIRA, RODRIGO) (Entered: 06/02/2023)

06/02/2023    45    MOTION for Leave to File *Amicus Brief on Behalf of
Paradigm Operations LP in Support of Plaintiffs' Motion for
Summary Judgment* by Paradigm Operations LP.
(Attachments: # 1 Exhibit A - Brief of Amicus Curiae
Paradigm Operations LP In Support of Plaintiffs' Motion for
Summary Judgment, # 2 Exhibit B - [Proposed] Order

Granting Unopposed Motion for Leave to File Amicus Brief) (YARGER, KATHERINE) (Entered: 06/02/2023)

06/02/2023 <u>46</u> MOTION to File Amicus Brief *in Support of Plaintiffs' Motion for Summary Judgment* by ANDREESSEN HOROWITZ. (Internal deadline for referral to judge if response not filed earlier: **6/16/2023**). (Attachments: # <u>1</u> Exhibit A - Brief of Andreessen Horowitz as Amicus Curiae in Support of Plaintiffs' Motion for Summary Judgment, # <u>2</u> Exhibit B - [Proposed] Order Granting Motion for Leave to File Amicus Brief on Behalf of Andreessen Horowitz as Amicus Curiae in Support of Plaintiffs' Motion for Summary Judgment) (EVANGELISTA, ALESSIO) (Entered: 06/02/2023)

06/05/2023 ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: <u>43</u> Joint MOTION to Extend Time *for Amendment of Scheduling Order to File Amicus Briefs*, <u>44</u> MOTION to Appear Pro Hac Vice by Rodrigo Seira, <u>45</u> MOTION for Leave to File *Amicus Brief on Behalf of Paradigm Operations LP in Support of Plaintiffs' Motion for Summary Judgment*. (mb) (Entered: 06/05/2023)

06/05/2023 <u>47</u> ORDER ACCEPTING AMICUS BRIEFS. That the motions are GRANTED, and the amicus briefs (Docs. <u>42</u> -1, <u>45</u> -1, <u>46</u> -1) are accepted and deemed filed. Signed by JUDGE T KENT WETHERELL II on 6/5/2023. (mb) (Entered: 06/05/2023)

06/05/2023 <u>48</u> ORDER re <u>44</u> MOTION for Leave to appear Pro Hac Vice. That the motion is GRANTED, and attorney Rodrigo Seira is authorized to appear pro hac vice for amicus curiae Paradigm Operations LP. (Appointed RODRIGO SEIRA for Paradigm Operations LP). Signed by JUDGE T KENT WETHERELL II on 6/5/2023. (mb) (Entered: 06/05/2023)

06/05/2023 <u>49</u> ORDER SUPPLEMENTING BRIEFING SCHEDULE re <u>43</u> Parties' Joint MOTION for Amendment of Scheduling Order. Amicus briefs in support of Plaintiffs shall be filed on or before **6/2/2023**. Amicus briefs in support of Defendants shall be filed on or before **6/30/2023**. Signed by JUDGE T KENT WETHERELL II on 6/5/2023. (mb) (Entered: 06/05/2023)

06/12/2023 <u>50</u> First MOTION to Appear Pro Hac Vice by Eric Tung.( Filing fee $ 208 receipt number AFLNDC-7915765.) by BLOCKCHAIN ASSOCIATION, DEFI EDUCATION FUND.

(Attachments: # 1 Certificate of Good Standing) (TUNG, ERIC) (Entered: 06/12/2023)

| | | |
|---|---|---|
| 06/13/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 50 First MOTION to Appear Pro Hac Vice by Eric Tung.( Filing fee $ 208 receipt number AFLNDC-7915765.) (mb) (Entered: 06/13/2023) |
| 06/13/2023 | 51 | ORDER re 50 Motion to Appear Pro Hac Vice. That the motion is GRANTED, and attorney Eric Tung is authorized to appear pro hac vice for amici Blockchain Association and DeFi Education Fund. Signed by JUDGE T KENT WETHERELL II on 6/12/2023. (mb) (Entered: 06/13/2023) |
| 06/15/2023 | 52 | Consent MOTION to Extend Time by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # 1 Text of Proposed Order) (COOGLE, CHRISTINE) (Entered: 06/15/2023) |
| 06/15/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 52 Consent MOTION to Extend Time. (mb) (Entered: 06/15/2023) |
| 06/15/2023 | 53 | NOTICE *of Errata* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN re 52 Consent MOTION to Extend Time (Attachments: # 1 Corrected Motion, # 2 Text of Proposed Order) (COOGLE, CHRISTINE) (Entered: 06/15/2023) |
| 06/15/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 53 Notice OF Errata. (jfj) (Entered: 06/15/2023) |
| 06/16/2023 | 54 | ORDER GRANTING EXTENSION OF TIME. Upon due consideration of Defendants' corrected consent motion for extension of time (Doc. 53 -1), it is ORDERED that the motion is GRANTED, and the deadline for Defendants' response/cross-motion for summary judgment is extended to June 30, 2023. Signed by JUDGE T KENT WETHERELL II on 06/16/23. (Internal deadline for referral to judge if response not filed earlier: **6/30/2023)**.) (jfj) (Entered: 06/16/2023) |

| 06/29/2023 | <u>55</u> | MOTION to Withdraw as Attorney *James Burnham* by BLOCKCHAIN ASSOCIATION, DEFI EDUCATION FUND. (BURNHAM, JAMES) (Entered: 06/29/2023) |
|---|---|---|
| 06/29/2023 | | Set Deadlines re <u>55</u> MOTION to Withdraw as Attorney (Internal deadline for referral to judge if response not filed earlier: **7/13/2023**). (mb) (Entered: 06/30/2023) |
| 06/30/2023 | <u>56</u> | ORDER re <u>55</u> Motion to Withdraw as Attorney. That the motion is GRANTED, and James M. Burnham shall have no further obligation to represent the Blockchain Association and DeFi Education Fund in this case. The Clerk shall terminate Mr. Burnham as counsel of record in CM/ECF. Attorney JAMES MAHONEY BURNHAM terminated. Signed by JUDGE T KENT WETHERELL II on 6/30/2023. (mb) (Entered: 06/30/2023) |
| 06/30/2023 | <u>57</u> | MEMORANDUM in Opposition re <u>36</u> MOTION for Summary Judgment *and Cross-Motion for Summary Judgment* filed by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # <u>1</u> Exhibit A) (COOGLE, CHRISTINE) (Entered: 06/30/2023) |
| 06/30/2023 | | Set Deadlines re <u>57</u> MEMORANDUM in Opposition re <u>36</u> MOTION for Summary Judgment and Cross-Motion for Summary Judgment. (Replies due by **7/21/2023**). (mb) (Entered: 07/03/2023) |
| 07/06/2023 | <u>58</u> | MOTION to Appear Pro Hac Vice by John Kinchen.( Filing fee $ 208 receipt number AFLNDC-7952539.) by Bank Policy Institute. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing) (KINCHEN, JOHN) (Entered: 07/06/2023) |
| 07/06/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: <u>58</u> MOTION to Appear Pro Hac Vice by John Kinchen. (Filing fee $ 208 receipt number AFLNDC-7952539.) (mb) (Entered: 07/06/2023) |
| 07/07/2023 | <u>59</u> | ORDER RE <u>58</u> Motion to Appear Pro Hac Vice. That the motion is GRANTED, and attorney John Kinchen is authorized to appear pro hac vice for potential amicus curiae Bank Policy Institute. (Appointed JOHN KINCHEN for Bank Policy Institute). Signed by JUDGE T KENT WETHERELL II on 7/7/2023. (mb) (Entered: 07/07/2023) |

| 07/07/2023 | 60 | MOTION for Leave to File *Amicus Brief on Behalf of The Bank Policy Institute in Support of Defendants' Cross-Motion for Summary Judgment* by Bank Policy Institute. (Attachments: # 1 Exhibit Brief of Amicus Curiae The Bank Policy Institute, # 2 Exhibit Proposed Order Granting Motion for Leave) (KINCHEN, JOHN) (Entered: 07/07/2023) |
|---|---|---|
| 07/10/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 60 MOTION for Leave to File *Amicus Brief on Behalf of The Bank Policy Institute in Support of Defendants' Cross-Motion for Summary Judgment* (mb) (Entered: 07/10/2023) |
| 07/10/2023 | 61 | ORDER re 60 BANK POLICY INSTITUTE's Unopposed Motion to File Amicus Brief. That the motion is GRANTED, and the Bank Policy Institute's amicus brief (Doc. 60 -1) is accepted. Signed by JUDGE T KENT WETHERELL II on 7/10/2023. (mb) (Entered: 07/10/2023) |
| 07/21/2023 | 62 | MEMORANDUM in Opposition re 36 MOTION for Summary Judgment , REPLY to Response to Motion filed by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. (NORRIS, CAMERON) (Entered: 07/21/2023) |
| 07/21/2023 | | Set Deadlines re 62 MEMORANDUM in Opposition re 36 MOTION for Summary Judgment, REPLY to Response to Motion. (Replies due by **7/31/2023**). (mb) (Entered: 07/24/2023) |
| 07/31/2023 | 63 | Consent MOTION for Extension of Word Limit by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (Attachments: # 1 Text of Proposed Order) (COOGLE, CHRISTINE) (Entered: 07/31/2023) |
| 08/01/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 63 Consent MOTION for Extension of Word Limit (mb) (Entered: 08/01/2023) |
| 08/01/2023 | 64 | ORDER INCREASING WORD LIMIT re 63 Defendants' Consent MOTION for Extension of Word Limit. That the motion is GRANTED, and Defendants' reply may be up to 6,000 words in length. Signed by JUDGE T KENT WETHERELL II on 8/1/2023. (mb) (Entered: 08/01/2023) |



| 08/03/2023 | 65 | ORDER re 15 Order and 26 ORDER ESTABLISHING BRIEFING SCHEDULE. That the parties shall provide a hard copy of the administrative record / joint appendix to the Court contemporaneously with the filing of the electronic copy filed through CM/ECF. (Notify Chambers on **8/10/2023** if document not filed.) Signed by JUDGE T KENT WETHERELL II on 8/3/2023. (mb) (Entered: 08/03/2023) |
|---|---|---|
| 08/11/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 65 Order. (Documents not filed, nor hard copies received). (mb) (Entered: 08/11/2023) |
| 08/11/2023 | 66 | Defendant's REPLY to Response to Motion re 36 MOTION for Summary Judgment *and 57 MEMORANDUM in Opposition and Cross-Motion for Summary Judgment* filed by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (COOGLE, CHRISTINE) (Entered: 08/11/2023) |
| 08/14/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 66 Defendant's REPLY to Response to Motion re 36 MOTION for Summary Judgment *and 57 MEMORANDUM in Opposition and Cross-Motion for Summary Judgment* filed by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (mb) (Entered: 08/14/2023) |
| 08/18/2023 | 67 | NOTICE of JOINT APPENDIX of Administrative Record Documents Cited in Parties' Cross-Motions for Summary Judgment, by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN re 57 Memorandum in Opposition to 36 MOTION for Summary Judgment, filed by CAMERON T NORRIS, counsel for Plaintiffs. (JOINT APPENDIX Volume 1 and JOINT APPENDIX Volume 2 received). (mb) (Entered: 08/18/2023) |
| 08/18/2023 | 68 | NOTICE by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN re 57 Memorandum in Opposition to Motion, 66 Reply to Response to Motion, 36 MOTION for Summary Judgment , 62 Memorandum in Opposition to Motion, Reply to Response to Motion (Attachments: # 1 Appendix Joint Appendix Vol. I, # 2 Appendix Joint Appendix |

Vol. II) (NORRIS, CAMERON) (Entered: 08/18/2023)

08/18/2023    <u>69</u>    NOTICE *of Classified Lodging* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN (COOGLE, CHRISTINE) (Entered: 08/18/2023)

08/18/2023    <u>70</u>    NOTICE *of Supplemental Authority* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN (Attachments: # <u>1</u> Exhibit) (COOGLE, CHRISTINE) (Entered: 08/18/2023)

08/21/2023    <u>71</u>    RESPONSE by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN re <u>70</u> Notice (Other) *of Supplemental Authority.* (NORRIS, CAMERON) (Entered: 08/21/2023)

08/21/2023       ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: <u>71</u> RESPONSE by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN re <u>70</u> Notice (Other) of Supplemental Authority. (mb) (Entered: 08/21/2023)

08/22/2023    <u>72</u>    MOTION for Leave to File re <u>70</u> Notice (Other), <u>71</u> Response/Reply *Reply* by DEPARTMENT OF THE TREASURY, ANDREA M GACKI, OFFICE OF FOREIGN ASSETS CONTROL, JANET YELLEN. (COOGLE, CHRISTINE) (Entered: 08/22/2023)

08/22/2023       Set Deadlines re <u>72</u> MOTION for Leave to File Document. (Internal deadline for referral to judge if response not filed earlier: **9/5/2023)**. (mb) (Entered: 08/23/2023)

08/23/2023    <u>73</u>    ORDER DENYING LEAVE TO FILE REPLY. Defendants' motion for leave to file a reply (Doc. <u>72</u> ) is DENIED. Signed by JUDGE T KENT WETHERELL II on 8/23/2023. (mb) (Entered: 08/23/2023)

10/30/2023    <u>74</u>    ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT. Plaintiffs' motion for summary judgment (Doc. <u>36</u> ) is DENIED. Defendants' cross-motion for summary judgment (Doc. <u>57</u> ) is GRANTED. The Clerk shall enter judgment stating: "Summary judgment is entered in favor of Defendants. All claims in Plaintiffs' amended complaint are dismissed with prejudice. Plaintiffs shall take nothing from this action and Defendants shall go hence without delay."

The Clerk shall close the case file. Signed by JUDGE T KENT WETHERELL II on 10/30/2023. (mb) (Entered: 10/30/2023)

| | | |
|---|---|---|
| 10/30/2023 | <u>75</u> | CLERK'S JUDGMENT re <u>74</u> ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT. (mb) (Entered: 10/30/2023) |
| 11/06/2023 | <u>76</u> | NOTICE OF APPEAL as to <u>75</u> Clerk's Judgment by COIN CENTER, JOHN DOE, DAVID HOFFMAN, PATRICK O'SULLIVAN. ( Filing fee $505 Receipt Number AFLNDC-8359001.) (NORRIS, CAMERON) (Entered: 11/06/2023) |