# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 08, 2023

Christian Bonta
Sasso & Sasso, PA
1031 W MORSE BLVD STE 120
WINTER PARK, FL 32789

Jeffrey Matthew Harris
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Jeffrey S. Hetzel
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Cameron Thomas Norris
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Michael Adam Sasso
Sasso & Sasso, PA
1031 W MORSE BLVD STE 120
WINTER PARK, FL 32789

J. Abraham Sutherland
Law Office of J. Abraham Sutherland
106 CONNALLY ST
BLACK MOUNTAIN, NC 28711

Appeal Number:  23-13698-E
Case Style:  Coin Center, et al v. Secretary, U.S. Department of the Treasury, et al
District Court Docket No:  3:22-cv-20375-TKW-ZCB

**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1.  Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

    *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

    *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2.  File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

    *If no transcripts are ordered, appellant's brief is due 40 days after **11/07/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3.  File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4.  Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5.  File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1.  File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2.  Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses

Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information

Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COIN CENTER; et al.,
                               Plaintiffs,

v.                                                                    Case No.
                                                                      3:22-cv-20375-TKW-ZCB
JANET YELLEN, et al.,
                               Defendants.

## NOTICE OF APPEAL

All Plaintiffs appeal to the United States Court of Appeals for the Eleventh

Circuit the district court's final judgment, dated October 30, 2023. *See* Doc. 75.

Dated: November 6, 2023                    Respectfully submitted,

                                           *s/Cameron T. Norris*
Michael A. Sasso                           Jeffrey M. Harris*
Florida Bar No. 93814                      Cameron T. Norris*
masasso@sasso-law.com                      Jeffrey S. Hetzel*
Christian Bonta                            CONSOVOY MCCARTHY PLLC
Florida Bar No. 1010347                    1600 Wilson Boulevard, Suite 700
cbonta@sasso-law.com                       Arlington, VA 22209
SASSO & SASSO, P.A.                        Telephone: 703.243.9423
1031 West Morse Blvd, Suite 120
Winter Park, Florida 32789                 J. Abraham Sutherland*
Tel.: (407) 644-7161                       106 Connally Street
                                           Black Mountain, NC 28711
                                           Telephone: 805.689.4577

                                           *pro hac vice

                            *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I e-filed this response with the Court on November 6, 2023. which emailed

everyone requiring notice.

*/s/Cameron T. Norris*
Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

COIN CENTER et al

   VS                                                 CASE NO.  3:22-cv-20375-TKW-ZCB

JANET YELLEN et al

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that Summary Judgment is entered in favor of

Defendants.  All claims in Plaintiffs' amended complaint are dismissed with prejudice.

Plaintiffs shall take nothing from this action and Defendants shall go hence without

delay.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

_October 30, 2023_                    /s/ *Monica Broussard*
DATE                                        Deputy Clerk: Monica Broussard